**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Going Ventures, LLC d/b/a Going Aire, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2978601** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5 Barracuda Lane** **Key Largo, FL 33037** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Monroe** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Going Ventures, LLC d/b/a Going Aire, LLC**                Case number (*if known*) _____
                Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number |
|---|---|---|---|---|---|
| | _____ | | _____ | | _____ |
| | _____ | | _____ | | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

Debtor  **Going Ventures, LLC d/b/a Going Aire, LLC**                                    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

**  Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor  **Going Ventures, LLC d/b/a Going Aire, LLC**
Name

Case number (*if known*) _____

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  7, 2017**
                MM / DD / YYYY

**X** **/s/ Carl Bradley Copeland**                    **Carl Bradley Copeland**
Signature of authorized representative of debtor        Printed name

Title    **Manager**

---

**18. Signature of attorney**

**X** **/s/ David R. Softness**                    Date  **March  7, 2017**
Signature of attorney for debtor                    MM / DD / YYYY

**David R. Softness**
Printed name

**David R. Softness, P.A.**
Firm name

**201 South Biscayne Boulevard**
**Suite 2740**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone    **305-341-3111**    Email address    **david@softnesslaw.com**

**0513229**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Going Ventures, LLC d/b/a Going Aire, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __March  7, 2017__          X /s/ Carl Bradley Copeland
                                         Signature of individual signing on behalf of debtor

                                         **Carl Bradley Copeland**
                                         Printed name

                                         **Manager**
                                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Going Ventures, LLC d/b/a Going Aire, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **OnDeck Capital 1400 Broadway 25TH Floor New York, NY 10018** | | | **Unliquidated Disputed** | **$339,999.66** | **$0.00** | **$339,999.66** |
| **1st Merchant Funding, LLC 12000 Biscayne Blvd Suite 609 Miami, FL 33181** | | | **Disputed** | **$105,045.00** | **$0.00** | **$105,045.00** |
| **A & R Supply, LLC 2650 NW 89 CT. Doral, FL 33171** | | | | | | **$19,307.71** |
| **Blue Cross Blue Shield PO Box 740559 Atlanta, GA 30374-0559** | | | | | | **$10,564.70** |
| **Bouche Appliances 8822 SW 131 Street Miami, FL 33176** | | | | | | **$30,269.00** |
| **Carrier Sales & Distribution 29704 Network Place Chicago, IL 60673-1297** | | | | | | **$61,702.92** |
| **Center Meeting Associates 300 Water Street Suite 300 Wilmington, DE 19801** | | | | | | **$21,579.93** |
| **Cultural Center * 200 Anchor Drive Key Largo, FL 33037** | | | | | | **$5,000.00** |

| Debtor | **Going Ventures, LLC d/b/a Going Aire, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Danise D Henriquez CFC** P O Box 1129 Key West, FL 33041-1129 | | | | | | **$6,641.46** |
| **Doug Kinney** 941 Melvin Road Annapolis, MD 21403 | | | | | | **$21,403.00** |
| **Kenneth McNeese** 1913 Kimbark Drive Nashville, TN 37215 | | | | | | **$16,000.00** |
| **Mantis Funding, LLC** 64 Beaver Street Suite 344 New York, NY 10004 | | | **Disputed** | **$41,440.00** | **$0.00** | **$41,440.00** |
| **Marcone 133518** PO Box #790120 St. Louis, MO 63179 | | | | | | **$5,079.14** |
| **Max Advance** 4208 18th Ave Brooklyn, NY 11218 | | | **Disputed** | **$168,750.00** | **$0.00** | **$168,750.00** |
| **Merchant Funding Services, LLC** 1 Evertrust Plaza 14th Floor Jersey City, NJ 07302 | | | **Disputed** | **$31,598.49** | **$0.00** | **$31,598.49** |
| **Ocean Reef Club-Comm. Trash** 24 Dockside Lane PMB 433 Key Lago, FL 33037 | | | | | | **$14,232.21** |
| **ORCA** 24 Dockside Lane #505 Key Largo, FL 33037 | | | | | | **$5,791.00** |
| **Synovus Bank** P.O. Box 2181 Columbus, GA 31902 | | **Credit Card** | | | | **$11,939.15** |
| **The Commonwealth Group** 300 Water Street Suite 300 Wilmington, DE 19801 | | | | | | **$21,579.93** |
| **Trane Parts Center** PO Box 406469 Atlanta, GA 30384-6469 | | | | | | **$34,690.04** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Going Ventures, LLC d/b/a Going Aire, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................................... $     **0.00**

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.................................................................................................... $     **72,900.00**

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.................................................................................................... $     **72,900.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **686,833.15**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     **328,476.60**

4. **Total liabilities** ......................................................................................................................
Lines 2 + 3a + 3b      $     **1,015,309.75**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Going Ventures, LLC d/b/a Going Aire, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Gibaltrar** | **Checking** | **8881** | $0.00 |
| 3.2. | **Bank of America** | | **3352** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       $0.00

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Going Ventures, LLC d/b/a Going Aire, LLC**                    Case number *(If known)* _____
_____
Name

11a. 90 days old or less:          **0.00**    -          **0.00**   = ....                **$0.00**
_____              _____              _____
face amount                          doubtful or uncollectible accounts

---

12.    **Total of Part 3.**                                                        | **$0.00** |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** See Attached | | $0.00 | | $25,000.00 |

---

23.    **Total of Part 5.**                                                        | **$25,000.00** |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

| Debtor | **Going Ventures, LLC d/b/a Going Aire, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**6 desks**<br>**6 Chairs**<br>**Conference Table 8**<br>**Misc office supplies ($300)**<br>**2 Legal File cabinets**<br>**2 Drawer Fire proof File** | **$0.00** | | **$500.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**5 Desk Top Computers**<br>**Copier/printer/scanner** | **$0.00** | | **$500.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | **$1,000.00** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Going Ventures, LLC d/b/a Going Aire, LLC**                                    Case number *(If known)* _____
                    Name

| 47.1. | **1998 FORD F150 $725** | | |
|---|---|---|---|
| | **2001 FORD F150 $2000** | | |
| | **2001 FORD ECONOLINE  $1400** | | |
| | **2004 FORD ECONOLINE $2800** | | |
| | **2004 FORD F150   $2400** | | |
| | **2005 FORD ECONOLINE $3275** | | |
| | **2006 FORD ECONOLINE  $4200** | | |
| | **2010 FORD F150   $7250** | | |
| | **2012 CHEVROLET EXPRESS 1500 $8000** | | |
| | **2009 CHEVROLET EXPRESS 1500 $6850** | | |
| | **2012 CHEVROLET EXPRESS 1500 $8000** | $0.00 | $46,900.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
          floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
          machinery and equipment)**

51.    **Total of Part 8.**                                                                              | $46,900.00 |

          Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
          ■ No
          ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

          ■ No.  Go to Part 10.
          ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

          ■ No.  Go to Part 11.
          ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
          Include all interests in executory contracts and unexpired leases not previously reported on this form.

          ■ No.  Go to Part 12.
          ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor  **Going Ventures, LLC d/b/a Going Aire, LLC**              Case number *(If known)* _____

Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $25,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $46,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $72,900.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $72,900.00 |

# GOING AIRE
## A/R Aging Summary
### As of March 3, 2017

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 |
|---|---|---|---|---|---|
| Acheson, Michael & Adele | 0.00 | 0.00 | 0.00 | 0.00 | 320.00 |
| Acosta, Julio & Christine * | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 |
| Adams, Thayer 0003120 | 0.00 | 0.00 | 142.50 | 0.00 | 0.00 |
| Ana Akhtar | 0.00 | 0.00 | 0.00 | 450.00 | 0.00 |
| Angler's Club | 360.00 | 2,565.56 | 0.00 | 0.00 | 0.00 |
| Aqua Cal | 0.00 | 0.00 | 0.00 | 0.00 | 489.50 |
| Aronoff, George & Roma | 0.00 | 0.00 | 0.00 | 0.00 | 190.00 |
| Bailey, Douglas & Sara | 0.00 | 0.00 | 0.00 | 123.00 | 0.00 |
| Bailleres, Alberto & Maria | 0.00 | 0.00 | 0.00 | 0.00 | 560.00 |
| Barnhill, Gregory & Lisa 0002139 | 0.00 | 0.00 | 0.00 | 468.00 | 0.00 |
| Bayside Inn 0002236 | 0.00 | 0.00 | 320.00 | 190.00 | 0.00 |
| Benson, Jon & Mary | 0.00 | 0.00 | 225.00 | 0.00 | 0.00 |
| Bensur, William & Sally | 0.00 | 0.00 | 0.00 | 265.50 | -5.00 |
| Berend, John * | 0.00 | 0.00 | 90.00 | 550.00 | 425.00 |
| Berg, Robert | 0.00 | 0.00 | 289.60 | -149.60 | 0.00 |
| Bergold, Christopher 0002307 | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| Berkley, William & Marjorie | 0.00 | 95.00 | 0.00 | 0.00 | 0.00 |
| Berry, Arthur & Judie | 0.00 | 0.00 | 237.52 | 0.00 | 0.00 |
| Bettys Health Food 0002365 | 0.00 | 0.00 | 0.00 | 0.00 | 734.34 |
| Beyer, Nikki 0002096 | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 |
| Bohan, Paul & Susan 0001851 | 0.00 | -3.75 | 0.00 | 0.00 | 0.00 |
| Boyle, John | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 |
| Brammer, Tim 0002089 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Breaux, John & Lois 0002897 | 0.00 | 0.00 | 693.50 | 0.00 | 0.00 |
| Breck,Barbara * | 0.00 | 60.00 | 0.00 | 0.00 | -30.00 |
| Brock, Richard & Norma | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Broton, Robert and Janis | 0.00 | 0.00 | 0.00 | 0.00 | 202.00 |
| Broussard, Bruce & Janine 0002539 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Brown, Martha 0002761 | 0.00 | 95.00 | 0.00 | 0.00 | 0.00 |
| Cafferty, Thomas & Debra | 0.00 | 75.00 | 0.00 | 0.00 | 0.00 |
| Capital Projects  0003253 | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 |
| Card Sound Golf Club | 0.00 | 320.00 | 0.00 | 0.00 | 0.00 |
| Cartwright, Robert C * | 0.00 | 0.00 | 0.00 | 0.00 | 447.00 |
| Cassidy, Jr., John & Celeste 0002966 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Castleberry, Edward & Susan | 0.00 | 0.00 | 0.00 | 0.00 | -96.00 |
| Chanin, Rick 0003001 | 0.00 | 0.00 | 0.00 | 0.00 | 135.00 |
| Cheeca Spa & Lodge 0002245 | 190.00 | 4,125.00 | 0.00 | 0.00 | 0.00 |
| Cilley, Jonathan * | 0.00 | 50.00 | 0.00 | 0.00 | -25.00 |
| CINNAMON PRIME LLC  0002955 | 0.00 | 0.00 | 730.00 | 0.00 | 0.00 |
| Clarke, Victor * | 0.00 | 0.00 | 0.00 | 0.00 | 88.00 |
| Coale, Onyx 0002513 | 0.00 | 0.00 | 0.00 | 0.00 | 789.00 |
| Cook, Laurel 0002255 | 0.00 | 0.00 | 0.00 | 320.00 | 0.00 |
| Cortes, Roberto 0003158 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| Creekhouse Association 0003040 | 0.00 | 0.00 | 0.00 | 0.00 | 742.50 |
| Crisp, Harry & Rosemary * | 0.00 | 0.00 | 0.00 | 640.00 | 0.00 |

2:52 PM
03/03/17

**GOING AIRE**
Case 17-12747-LMI    Doc 1    Filed 03/07/17    Page 15 of 69
**A/R Aging Summary**
As of March 3, 2017

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 |
|---|---|---|---|---|---|
| D. Garrett Construction, Inc | 0.00 | 0.00 | 3,487.50 | 0.00 | 2,495.50 |
| Dabney, Cary 0003220 | 0.00 | 0.00 | 0.00 | 95.00 | 0.00 |
| Dagit, Timothy & Jennifer * | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Daino, Richard 0002838 | 0.00 | 0.00 | 0.00 | 0.00 | 295.00 |
| Davey, Jean B. | 0.00 | 0.00 | 190.00 | 0.00 | 0.00 |
| Davis, James C. | 0.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| De Villiers, Jr., David & Catherine * | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 |
| Dearing, Eugene & Vickie | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 |
| Delligatti, James & Lois * | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Dennis, Robert | 0.00 | 0.00 | 125.00 | 0.00 | 0.00 |
| Dingley, Peter & Claudette * | 0.00 | 0.00 | 0.00 | 0.00 | 430.00 |
| Dominicis, Jorge 0002813 | 0.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| Dooland, Todd | 0.00 | 95.00 | 0.00 | 0.00 | 0.00 |
| Eaton, Thor & Nicole * | 0.00 | 0.00 | 0.00 | 136.07 | 0.00 |
| Elenbaas, Ronald & Nanette | 0.00 | 332.50 | 0.00 | 0.00 | 0.00 |
| Enk, William and Mary-Terese * | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 |
| Entenmann, Charles | 0.00 | 0.00 | 125.35 | 0.00 | 0.00 |
| Entenmann, Charles & Wendy | 0.00 | 390.50 | 0.00 | 0.00 | 0.00 |
| Ethington, Robert & Patricia | 0.00 | 219.00 | 0.00 | 0.00 | 0.00 |
| Falk, Victor & Linda | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Farmer, Richard & Joyce | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| Fay, Michael & Paula 0002932 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Fernandez, Federico | 0.00 | 0.00 | 45.00 | 0.00 | 0.00 |
| Findlay, David & Stella | 0.00 | 0.00 | 95.00 | 190.00 | 0.00 |
| Fish, Kevin 0002641 | 0.00 | 95.00 | 0.00 | 225.00 | 0.00 |
| Flanagan, Joseph & Catherine | 0.00 | 0.00 | 0.40 | 0.00 | 0.00 |
| Flippin, Fred & Joan | 0.00 | 0.00 | 0.00 | 0.00 | 265.00 |
| Fovel, Carolyn 0003159 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| Fran Murphy Interiors | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| Frank Valderas | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Furneaux, John & Patricia | 0.00 | 0.00 | 0.00 | 0.00 | 104.00 |
| Garces, Bob 0002026 | 0.00 | 0.00 | 0.00 | 0.00 | 120.00 |
| Gies, Brian & Ada Irene * | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| Gifford, Charles & Anne | 0.00 | 340.00 | 0.00 | 0.00 | 95.00 |
| Gilbert's Resort 0002827 | 0.00 | 0.00 | 940.52 | 0.00 | 0.00 |
| Ginsberg, Richard & Debra | 0.00 | 0.00 | 2,067.83 | 285.00 | 1,197.00 |
| Glidden, Robert & Eileen * | 0.00 | 0.00 | 180.00 | 0.00 | 1,040.00 |
| Goldsmith, III, Bernard M. * | 0.00 | 0.00 | 0.00 | 95.00 | 0.00 |
| Gordon, Lucius & Marie | 0.00 | 0.00 | 0.00 | 0.00 | 170.00 |
| Grace, Joseph & Amy * | 0.00 | 0.00 | 0.00 | 223.00 | 0.00 |
| Greenberg, Philip 0002254 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Gregorich, Michael 0002125 | 0.00 | 105.00 | 0.00 | 0.00 | 0.00 |
| Guarch, Gerardo | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 |
| Guido, Laurance and Jane * | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 |
| Gutierrez, Teresa Maria 0002798 | 0.00 | 0.00 | 0.00 | 331.18 | 0.00 |

# GOING AIRE
## A/R Aging Summary
### As of March 3, 2017

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 |
|---|---|---|---|---|---|
| Guyton, Gail & Joyce | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Hackbarth, Philip & Conde | 0.00 | 0.00 | 0.00 | 305.00 | 0.00 |
| Hannoch, Franklin & Anita | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Harrington, Ron & Nancy | 0.00 | 95.00 | 95.00 | 95.00 | 0.00 |
| Harris, Linda 0002140 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 |
| Harter, Thomas & Brenda | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Hashemi, Hamid  0002968 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 |
| Hassett, Cathy 0002391 | 0.00 | 0.00 | 0.00 | 0.00 | 552.32 |
| Haynie, Susan 0002281 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Hayward, Thomas & Sally * | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Hazard, Scott | 0.00 | 0.00 | 538.45 | 0.00 | 75.00 |
| Heffner, Samuel & Gail | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| Held, Berel & Claire | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Henn, Jerry & Cherie | 0.00 | 0.00 | 0.00 | 0.00 | -95.00 |
| Henneberry, William & Sandra * | 0.00 | 0.00 | 277.65 | 0.00 | 0.00 |
| Henry, Stanley & Mary  0001892 | 0.00 | 107.50 | 0.00 | 0.00 | 0.00 |
| Henske, Robert & Elizabeth NO WORK | 0.00 | 95.00 | 0.00 | 0.00 | 0.00 |
| Hines, Lisa 0001823 | 0.00 | 0.00 | 0.00 | 0.00 | 89.50 |
| Holbrook, James & Patricia 0002566 | 0.00 | 0.00 | 307.00 | 0.00 | 0.00 |
| Holloway, Randy 0002559 | 0.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| Horne, Cress | 0.00 | 95.00 | 0.00 | 0.00 | 0.00 |
| Hoyt, Bradley & Doris | 0.00 | 0.00 | 602.50 | 0.00 | -45.50 |
| Hoyt, Robert and Christine | 0.00 | 0.00 | 0.00 | 395.00 | 0.00 |
| Hutchins, Michael & Teresa 0003195 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Ingalls, Melville & Barbara | 0.00 | 80.00 | 0.00 | 0.00 | -80.00 |
| Iz, Ali * | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jastrzenski, Felicia 0003074 | 0.00 | 0.00 | 0.00 | 0.00 | 435.00 |
| Jennings, Richard* | 0.00 | 342.31 | 0.00 | 0.00 | 0.00 |
| JMcLaughlin 0002464 | 0.00 | 75.00 | 0.00 | 0.00 | 255.00 |
| Johansen, Even & Kazuko | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Johnson, Francesca | 0.00 | 535.86 | 95.00 | 0.00 | 0.00 |
| Johnson, Peter & Jody | 0.00 | 215.50 | 0.00 | 0.00 | 0.00 |
| Johnston, Kyle 0002164 | 0.00 | 0.00 | 0.00 | 0.00 | 145.00 |
| Jones Jr, William Braun  0003237 | 0.00 | 0.00 | 586.17 | 0.00 | 0.00 |
| Joseph, Dr. Bradley  0002454 | 0.00 | 0.00 | 0.00 | 0.00 | 79.00 |
| KAREN B  0002871 | 0.00 | 0.00 | 0.00 | 0.00 | 500.75 |
| Katz, Edward | 0.00 | 0.00 | 0.00 | 95.00 | 0.00 |
| Kaufman, Joyce | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| Kearns, Tom & Patty | 0.00 | 0.00 | 0.00 | 95.00 | 250.00 |
| Kelley, Sandra * | 0.00 | 0.00 | 0.00 | 396.92 | 0.00 |
| Kemp, Dorothy 0003095 | 0.00 | 0.00 | 320.00 | 0.00 | -47.50 |
| Kendale Design Build Contractors 0002381 | 0.00 | 0.00 | 0.00 | 0.00 | 226.84 |
| Kennedy, Teri & Ben | 12,378.27 | 0.00 | 0.00 | 0.00 | 0.00 |
| Kirschner, Henry & Sandra | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Kleysen, Hubert & Bernice * | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 |

# A/R Aging Summary
### As of March 3, 2017

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 |
|---|---|---|---|---|---|
| Klimasewski, Robert | 0.00 | 2,635.54 | 0.00 | 0.00 | 0.00 |
| Kroll, Steven & Sally | 0.00 | 20.00 | 0.00 | 0.00 | -20.00 |
| Labadie, William & Cynthia | 0.00 | 0.00 | 0.00 | 0.00 | 294.55 |
| Lake, Walter & Joyce | 0.00 | 363.55 | 0.00 | 0.00 | 0.00 |
| Lanni, Nick | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| LaRocca, Bruno & Lindsey | 0.00 | 0.00 | 0.00 | 0.00 | 47.50 |
| LaRocca, Bruno & Lindsey 0001841 | 0.00 | 0.00 | 441.27 | 0.00 | 0.00 |
| Leben, Daniel 0002303 | 0.00 | 0.00 | 0.00 | 0.00 | 190.00 |
| Lee 0003045 | 0.00 | 240.00 | 0.00 | 0.00 | 0.00 |
| Leenhouts, James & Marjorie | 0.00 | 0.00 | 0.00 | 0.00 | 260.00 |
| Leighow, George & Mary * | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Len, Leonard F. & Marian | 0.00 | 0.00 | 0.00 | 160.00 | 0.00 |
| Leonardi , Travis 0003196 | 0.00 | 0.00 | 75.00 | 0.00 | 95.00 |
| Lilly Pulitzer 0003208 | 0.00 | 75.00 | 0.00 | 0.00 | 0.00 |
| Lim, James & Ann 0003226 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Mackay, Thomas & Loretta * | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Manos, Guy & Pamela | 0.00 | 0.00 | 0.00 | 0.00 | 85.56 |
| Manzo, Cindy | 0.00 | 0.00 | 0.00 | 780.50 | 2,507.52 |
| Martin, Craig & Sherry * | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Martin, William & Eva | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Mcalevey, Michael | 0.00 | 0.00 | 0.00 | 0.00 | 47.50 |
| McCann, Donald and Shiela * | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| McCarthy, Martha * | 0.00 | 0.00 | 0.00 | 95.00 | 0.00 |
| McDonald, Iris 0002717 | 0.00 | 0.00 | 0.00 | 0.00 | 170.00 |
| McGraw, Michael & Mary | 0.00 | 1,275.66 | 0.00 | 0.00 | 0.00 |
| McHarg, Warren & Christine * | 0.00 | 0.00 | 0.00 | 24.00 | 0.00 |
| McIntosh, John W. | 0.00 | 180.35 | 0.00 | 0.00 | 0.00 |
| McStravick, James & Nanette * | 0.00 | 0.00 | 0.00 | 0.00 | 692.00 |
| Medaglia, Anthony & Catherine | 0.00 | 0.00 | 0.00 | 0.00 | 196.40 |
| Michael & Diane, Jones 0002807 | 0.00 | 427.73 | 0.00 | 0.00 | 0.00 |
| Miller, Duncan & Margaret * | 0.00 | 0.00 | 0.00 | 0.00 | 47.50 |
| Misc | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Moody, Elizabeth 0003004 | 0.00 | 0.00 | 107.00 | 0.00 | 0.00 |
| Morgan, A.C. & Molly | 0.00 | 170.00 | 0.00 | 0.00 | 0.00 |
| Morosky, Robert & Diane | 0.00 | 0.00 | 0.00 | 0.00 | 142.50 |
| Moss, Joseph & Gail * | 0.00 | 0.00 | 0.00 | 160.00 | 0.00 |
| Moxon, Sally | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| Murdough, Jr., Thomas G & Joy | 0.00 | 0.00 | 355.94 | 0.00 | 0.00 |
| Nesher, Jill 0003132 | 0.00 | 0.00 | 75.00 | 0.00 | 95.00 |
| Nivar Inc. 0002740 | 0.00 | 190.00 | 95.00 | 0.00 | 5,092.92 |
| Nowak, John & Genevieve * | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Ocean Harbour Condos 0002221 | 0.00 | 0.00 | 0.00 | 0.00 | 130.00 |
| Ocean Reef Club | 0.00 | 0.00 | 0.00 | 0.00 | 602.00 |
| Ocean Reef Club Engineering | 0.00 | 0.00 | 0.00 | 0.00 | 510.00 |
| Ocean Reef Homes 0002220 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

2:52 PM
03/03/17

Case 17-12747-LMI    Doc 1    Filed 03/07/17    Page 18 of 69

**GOING AIRE**
**A/R Aging Summary**
As of March 3, 2017

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 |
|---|---|---|---|---|---|
| Olefson, Shari B. | 0.00 | 0.00 | 0.00 | 0.00 | 116.00 |
| Orlando, Dario | 0.00 | 0.00 | 0.00 | 160.00 | 0.00 |
| Overholt Construction Corp | 0.00 | 150.00 | 0.00 | 0.00 | 604.20 |
| Pace, David & Sherryll Anne * | 0.00 | 0.00 | 0.00 | 95.00 | 0.00 |
| Paige, Francis & Judy * | 2,217.80 | 0.00 | 95.00 | 0.00 | 75.00 |
| Parmenter, Courtney 0003016 | 0.00 | 0.00 | 95.00 | 0.00 | 1,076.00 |
| Parmenter, Daryl & Courtney | 0.00 | 0.00 | 0.00 | 0.00 | 144.00 |
| Paterson, Johanna | 0.00 | 121.46 | 0.00 | 0.00 | 0.00 |
| Paxos, George & Sevasti | 0.00 | 0.00 | 122.00 | 0.00 | 0.00 |
| Pease, Louisa | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Perenic, Alex  0003234 | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 |
| Perenic, Frederic & Lynn 0003057 | 0.00 | 0.00 | 546.80 | 0.00 | 0.00 |
| Perfido, Ruth 0003214 | 0.00 | 0.00 | 0.00 | 240.00 | 0.00 |
| Persaud, Samuel & Cherie * | 0.00 | 0.00 | 98.00 | 0.00 | 0.00 |
| Peterson, David & Krista | 0.00 | 0.00 | 0.00 | 0.00 | 1,910.00 |
| Philips, Brian & Laura * | 0.00 | 0.00 | 101.00 | 0.00 | 0.00 |
| Philly Keys Restaurant 0002209 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Pietrafesa, Richard | 0.00 | 0.00 | 0.00 | 0.00 | 577.00 |
| Platner, Brian & Beverly 0002535 | 0.00 | 427.00 | 0.00 | 0.00 | 0.00 |
| Pollard, Thomas & Kelly 0003144 | 0.00 | 95.00 | 0.00 | 0.00 | 0.00 |
| Post, George & Sandra * | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Potts, Dianne  0003249 | 0.00 | 95.00 | 0.00 | 95.00 | 0.00 |
| R. T. Leasing Corp. | 0.00 | 310.00 | 0.00 | 0.00 | 0.00 |
| Randall, Ayo 0003245 | 0.00 | 0.00 | 97.00 | 0.00 | 0.00 |
| Reinhold, John 0002556 | 0.00 | 0.00 | 0.00 | 320.07 | 0.00 |
| Repplier, Banning | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Richards,Russ 0002476 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Ripich, Robert & Catherine * | 0.00 | 0.00 | 282.81 | 0.00 | 0.00 |
| Robex Juice 0002239 | 0.00 | 0.00 | 0.00 | 0.00 | 333.50 |
| Robinson, Richard | 0.00 | 0.00 | 87.00 | 0.00 | 0.00 |
| RT Leasing Corp | 0.00 | 0.00 | 0.00 | 0.00 | 142.50 |
| Rule, Kenneth & Sandra Lynn | 0.00 | 0.00 | 0.00 | 0.00 | 190.00 |
| Runnells, Clive & Nancy | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 |
| Russell Post Properties Rentals | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Russell, Margaret 0002608 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Ryon, Richard & Cathy * | 0.00 | 95.00 | 0.00 | 0.00 | 95.00 |
| Schneider, Frank & Gordana 0002583 | 0.00 | 0.00 | 0.00 | 109.00 | 0.00 |
| Seale, James & Erin | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Seaway Plumbing | 0.00 | 0.00 | 0.00 | 0.00 | 72.00 |
| Shields, Pat & Meg | 0.00 | 95.00 | 1,171.20 | 0.00 | 0.00 |
| Shimm, Kenneth | 0.00 | 0.00 | 0.00 | 95.00 | 0.00 |
| Shoreline Builders, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 |
| Shumway, Shirley | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 |
| Sloan, Cyrus Hamilton & Ann 0002779 | 0.00 | 430.71 | 95.00 | 0.00 | 0.00 |
| Slovick, Steven & Melinda 0002895 | 0.00 | 184.00 | 0.00 | 0.00 | 0.00 |

2:52 PM
03/03/17

Case 17-12747-LMI    Doc 1    Filed 03/07/17    Page 19 of 69

**GOING AIRE**
# A/R Aging Summary
### As of March 3, 2017

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 |
|---|---|---|---|---|---|
| Smalley 0002593 | 0.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| Smith , Campbell & Ashley 0003239 | 0.00 | 0.00 | 0.00 | 190.00 | 0.00 |
| Smith, Charles | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Smith, Raymond & Virginia 0003010 | 0.00 | 0.00 | 0.00 | 95.00 | 0.00 |
| South Bay Developers 0002505 | 0.00 | 0.00 | 0.00 | 0.00 | 332.50 |
| St. Germain, Lisa 0003128 | 0.00 | 0.00 | 354.55 | 0.00 | 0.00 |
| Stamps, Roe & Penny | 0.00 | 95.00 | 0.00 | 0.00 | 0.00 |
| Stavola, William & Maureen | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 |
| Strode, James  0003097 | 0.00 | 0.00 | 0.00 | 95.00 | 0.00 |
| Sullivan, Michael & Jill | 0.00 | 0.00 | 0.00 | 0.00 | 123.00 |
| Swenson, Peter 0003082 | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 |
| Tapavino 0003176 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Techet & Steven & Joan | 0.00 | 473.30 | 0.00 | 0.00 | 0.00 |
| Terzian, Mrs. Arthur * | 0.00 | 0.00 | 0.00 | 0.00 | 540.71 |
| Thomas, Jose 0002674 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Thornton, Peter & Marijane * | 0.00 | 0.00 | 95.00 | 212.60 | 0.00 |
| Thornton, Stephanie 0002050 | 0.00 | 0.00 | 0.00 | 127.50 | 0.00 |
| Timeless  0002868 | 0.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| Torise, Steve & Joyce | 0.00 | 0.00 | 0.00 | 170.50 | 0.00 |
| Tri-Tech Construction 0002037 | 0.00 | 1,200.00 | 0.00 | 0.00 | 4,329.25 |
| Tudino, Eugene & Rita * | 0.00 | 0.00 | 278.54 | 0.00 | 0.00 |
| Tweardy, Cathey | 0.00 | 122.50 | 0.00 | 0.00 | 0.00 |
| Urban, Kathy 0002716 | 0.00 | 0.00 | 0.00 | 0.00 | 448.50 |
| Vacation Rentals | 0.00 | 917.12 | 520.00 | 0.00 | 415.00 |
| Van Ness, William & Anne | 0.00 | 240.75 | 0.00 | 0.00 | 0.00 |
| Veneklasen, Alan & Lynn * | 0.00 | 0.00 | 0.00 | 90.00 | 0.00 |
| Ventura, Juan C. & Maria 0003243 | 0.00 | 85.00 | 0.00 | 0.00 | 0.00 |
| Vernace, Salvatore & Anna Maria | 0.00 | 0.00 | 160.00 | 0.00 | 0.00 |
| Viking Distributing East 0003117 | 0.00 | 0.00 | 0.00 | 0.00 | 83.28 |
| Waite, Julia | 0.00 | 0.00 | 0.00 | 95.00 | 0.00 |
| Waller, Allen & Gladys * | 0.00 | 0.00 | 207.37 | 0.00 | 0.00 |
| Watts, Joretta | 0.00 | 51.06 | 0.00 | 0.00 | 0.00 |
| Weisleder, Brooke & Sally | 0.00 | 0.00 | -3.00 | 0.00 | 0.00 |
| Whitaker, Kerry | 0.00 | 325.64 | 0.00 | 0.00 | 0.00 |
| White, Kathy & William * | 0.00 | 225.00 | 0.00 | 0.00 | 0.00 |
| Wiebel, Michelle 0002431 | 0.00 | 0.00 | 0.00 | 184.00 | 0.00 |
| Williams, Roy 0002596 | 0.00 | 300.00 | 0.00 | 285.00 | -0.10 |
| Williamson, Robert & Eleanor | 0.00 | 0.00 | 360.00 | 0.00 | 0.00 |
| Wittels, Michael & Lishka | 0.00 | 0.00 | 0.00 | 0.00 | 494.00 |
| Witz, Robert & Fay | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| Wolf , Charles & Diane  0003244 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| Wolf, Morris & Barbara | 0.00 | 0.00 | 0.00 | 123.00 | 0.00 |
| Worley, Joe 0002259 | 0.00 | 355.47 | 0.00 | 0.00 | 0.00 |
| Wretzky , Gerald 0002977 | 0.00 | 0.00 | 0.00 | 0.00 | 97.00 |
| Yoh, Jr. Harold & Mary | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |

**GOING AIRE**
# A/R Aging Summary
### As of March 3, 2017

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 |
|---|---|---|---|---|---|
| **Yoh, Michael & Gayle** | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| **Young, Bradley & Laurel** | 0.00 | 0.00 | 0.00 | 255.44 | 0.00 |
| **Zaccaro, John** | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | 15,596.07 | 24,071.82 | 19,533.97 | 10,375.68 | 42,752.54 |

**GOING AIRE**
## A/R Aging Summary
### As of March 3, 2017

|                                              | TOTAL    |
| -------------------------------------------- | -------- |
| Acheson, Michael & Adele                     | 320.00   |
| Acosta, Julio & Christine *                  | 95.00    |
| Adams, Thayer 0003120                        | 142.50   |
| Ana Akhtar                                   | 450.00   |
| Angler's Club                                | 2,925.56 |
| Aqua Cal                                     | 489.50   |
| Aronoff, George & Roma                       | 190.00   |
| Bailey, Douglas & Sara                       | 123.00   |
| Bailleres, Alberto & Maria                   | 560.00   |
| Barnhill, Gregory & Lisa 0002139             | 468.00   |
| Bayside Inn 0002236                          | 510.00   |
| Benson, Jon & Mary                           | 225.00   |
| Bensur, William & Sally                      | 260.50   |
| Berend, John *                               | 1,065.00 |
| Berg, Robert                                 | 140.00   |
| Bergold, Christopher 0002307                 | 75.00    |
| Berkley, William & Marjorie                  | 95.00    |
| Berry, Arthur & Judie                        | 237.52   |
| Bettys Health Food 0002365                   | 734.34   |
| Beyer, Nikki 0002096                         | 95.00    |
| Bohan, Paul & Susan 0001851                  | -3.75    |
| Boyle, John                                  | 85.00    |
| Brammer, Tim 0002089                         | 95.00    |
| Breaux, John & Lois 0002897                  | 693.50   |
| Breck,Barbara *                              | 30.00    |
| Brock, Richard & Norma                       | 450.00   |
| Broton, Robert and Janis                     | 202.00   |
| Broussard, Bruce & Janine 0002539            | 95.00    |
| Brown, Martha 0002761                        | 95.00    |
| Cafferty, Thomas & Debra                     | 75.00    |
| Capital Projects  0003253                    | 95.00    |
| Card Sound Golf Club                         | 320.00   |
| Cartwright, Robert C *                       | 447.00   |
| Cassidy, Jr., John & Celeste 0002966         | 95.00    |
| Castleberry, Edward & Susan                  | -96.00   |
| Chanin, Rick 0003001                         | 135.00   |
| Cheeca Spa & Lodge 0002245                   | 4,315.00 |
| Cilley, Jonathan *                           | 25.00    |
| CINNAMON PRIME LLC  0002955                  | 730.00   |
| Clarke, Victor *                             | 88.00    |
| Coale, Onyx 0002513                          | 789.00   |
| Cook, Laurel 0002255                         | 320.00   |
| Cortes, Roberto 0003158                      | 50.00    |
| Creekhouse Association 0003040               | 742.50   |
| Crisp, Harry & Rosemary *                    | 640.00   |

# GOING AIRE
## A/R Aging Summary
### As of March 3, 2017

| | TOTAL |
|---|---|
| D. Garrett Construction, Inc | 5,983.00 |
| Dabney, Cary 0003220 | 95.00 |
| Dagit, Timothy & Jennifer * | 0.00 |
| Daino, Richard 0002838 | 295.00 |
| Davey, Jean B. | 190.00 |
| Davis, James C. | 90.00 |
| De Villiers, Jr., David & Catherine * | 95.00 |
| Dearing, Eugene & Vickie | 150.00 |
| Delligatti, James & Lois * | 95.00 |
| Dennis, Robert | 125.00 |
| Dingley, Peter & Claudette * | 430.00 |
| Dominicis, Jorge 0002813 | 90.00 |
| Dooland, Todd | 95.00 |
| Eaton, Thor & Nicole * | 136.07 |
| Elenbaas, Ronald & Nanette | 332.50 |
| Enk, William and Mary-Terese * | 85.00 |
| Entenmann, Charles | 125.35 |
| Entenmann, Charles & Wendy | 390.50 |
| Ethington, Robert & Patricia | 219.00 |
| Falk, Victor & Linda | 0.00 |
| Farmer, Richard & Joyce | 200.00 |
| Fay, Michael & Paula 0002932 | 95.00 |
| Fernandez, Federico | 45.00 |
| Findlay, David & Stella | 285.00 |
| Fish, Kevin 0002641 | 320.00 |
| Flanagan, Joseph & Catherine | 0.40 |
| Flippin, Fred & Joan | 265.00 |
| Fovel, Carolyn 0003159 | 0.00 |
| Fran Murphy Interiors | 150.00 |
| Frank Valderas | 0.00 |
| Furneaux, John & Patricia | 104.00 |
| Garces, Bob 0002026 | 120.00 |
| Gies, Brian & Ada Irene * | 75.00 |
| Gifford, Charles & Anne | 435.00 |
| Gilbert's Resort 0002827 | 940.52 |
| Ginsberg, Richard & Debra | 3,549.83 |
| Glidden, Robert & Eileen * | 1,220.00 |
| Goldsmith, III, Bernard M. * | 95.00 |
| Gordon, Lucius & Marie | 170.00 |
| Grace, Joseph & Amy * | 223.00 |
| Greenberg, Philip 0002254 | 95.00 |
| Gregorich, Michael 0002125 | 105.00 |
| Guarch, Gerardo | 450.00 |
| Guido, Laurance and Jane * | 125.00 |
| Gutierrez, Teresa Maria 0002798 | 331.18 |

# GOING AIRE
## A/R Aging Summary
### As of March 3, 2017

|  | TOTAL |
|---|---|
| Guyton, Gail & Joyce | 95.00 |
| Hackbarth, Philip & Conde | 305.00 |
| Hannoch, Franklin & Anita | 95.00 |
| Harrington, Ron & Nancy | 285.00 |
| Harris, Linda 0002140 | 150.00 |
| Harter, Thomas & Brenda | 95.00 |
| Hashemi, Hamid  0002968 | 140.00 |
| Hassett, Cathy 0002391 | 552.32 |
| Haynie, Susan 0002281 | 95.00 |
| Hayward, Thomas & Sally * | 95.00 |
| Hazard, Scott | 613.45 |
| Heffner, Samuel & Gail | 200.00 |
| Held, Berel & Claire | 0.00 |
| Henn, Jerry & Cherie | -95.00 |
| Henneberry, William & Sandra * | 277.65 |
| Henry, Stanley & Mary  0001892 | 107.50 |
| Henske, Robert & Elizabeth NO WORK | 95.00 |
| Hines, Lisa 0001823 | 89.50 |
| Holbrook, James & Patricia 0002566 | 307.00 |
| Holloway, Randy 0002559 | 90.00 |
| Horne, Cress | 95.00 |
| Hoyt, Bradley & Doris | 557.00 |
| Hoyt, Robert and Christine | 395.00 |
| Hutchins, Michael & Teresa 0003195 | 95.00 |
| Ingalls, Melville & Barbara | 0.00 |
| Iz, Ali * | 0.00 |
| Jastrzenski, Felicia 0003074 | 435.00 |
| Jennings, Richard* | 342.31 |
| JMcLaughlin 0002464 | 330.00 |
| Johansen, Even & Kazuko | 95.00 |
| Johnson, Francesca | 630.86 |
| Johnson, Peter & Jody | 215.50 |
| Johnston, Kyle 0002164 | 145.00 |
| Jones Jr, William Braun  0003237 | 586.17 |
| Joseph, Dr. Bradley  0002454 | 79.00 |
| KAREN B  0002871 | 500.75 |
| Katz, Edward | 95.00 |
| Kaufman, Joyce | 300.00 |
| Kearns, Tom & Patty | 345.00 |
| Kelley, Sandra * | 396.92 |
| Kemp, Dorothy 0003095 | 272.50 |
| Kendale Design Build Contractors 0002381 | 226.84 |
| Kennedy, Teri & Ben | 12,378.27 |
| Kirschner, Henry & Sandra | 0.00 |
| Kleysen, Hubert & Bernice * | 75.00 |

**GOING AIRE**
## A/R Aging Summary
### As of March 3, 2017

|  | TOTAL |
|---|---:|
| Klimasewski, Robert | 2,635.54 |
| Kroll, Steven & Sally | 0.00 |
| Labadie, William & Cynthia | 294.55 |
| Lake, Walter & Joyce | 363.55 |
| Lanni, Nick | 300.00 |
| LaRocca, Bruno & Lindsey | 47.50 |
| LaRocca, Bruno & Lindsey 0001841 | 441.27 |
| Leben, Daniel 0002303 | 190.00 |
| Lee 0003045 | 240.00 |
| Leenhouts, James & Marjorie | 260.00 |
| Leighow, George & Mary * | 95.00 |
| Len, Leonard F. & Marian | 160.00 |
| Leonardi , Travis  0003196 | 170.00 |
| Lilly Pulitzer 0003208 | 75.00 |
| Lim, James & Ann  0003226 | 95.00 |
| Mackay, Thomas & Loretta * | 95.00 |
| Manos, Guy & Pamela | 85.56 |
| Manzo, Cindy | 3,288.02 |
| Martin, Craig & Sherry * | 95.00 |
| Martin, William & Eva | 95.00 |
| Mcalevey, Michael | 47.50 |
| McCann, Donald and Shiela * | 5.00 |
| McCarthy, Martha * | 95.00 |
| McDonald, Iris 0002717 | 170.00 |
| McGraw, Michael & Mary | 1,275.66 |
| McHarg, Warren & Christine * | 24.00 |
| McIntosh, John W. | 180.35 |
| McStravick, James & Nanette * | 692.00 |
| Medaglia, Anthony & Catherine | 196.40 |
| Michael & Diane, Jones 0002807 | 427.73 |
| Miller, Duncan & Margaret * | 47.50 |
| Misc | 0.00 |
| Moody, Elizabeth 0003004 | 107.00 |
| Morgan, A.C. & Molly | 170.00 |
| Morosky, Robert & Diane | 142.50 |
| Moss, Joseph & Gail * | 160.00 |
| Moxon, Sally | 75.00 |
| Murdough, Jr., Thomas G & Joy | 355.94 |
| Nesher, Jill 0003132 | 170.00 |
| Nivar Inc. 0002740 | 5,377.92 |
| Nowak, John & Genevieve * | 95.00 |
| Ocean Harbour Condos 0002221 | 130.00 |
| Ocean Reef Club | 602.00 |
| Ocean Reef Club Engineering | 510.00 |
| Ocean Reef Homes 0002220 | 0.00 |

# GOING AIRE
## A/R Aging Summary
### As of March 3, 2017

|  | TOTAL |
|---|---|
| Olefson, Shari B. | 116.00 |
| Orlando, Dario | 160.00 |
| Overholt Construction Corp | 754.20 |
| Pace, David & Sherryll Anne * | 95.00 |
| Paige, Francis & Judy * | 2,387.80 |
| Parmenter, Courtney 0003016 | 1,171.00 |
| Parmenter, Daryl & Courtney | 144.00 |
| Paterson, Johanna | 121.46 |
| Paxos, George & Sevasti | 122.00 |
| Pease, Louisa | 95.00 |
| Perenic, Alex  0003234 | 95.00 |
| Perenic, Frederic & Lynn 0003057 | 546.80 |
| Perfido, Ruth 0003214 | 240.00 |
| Persaud, Samuel & Cherie * | 98.00 |
| Peterson, David & Krista | 1,910.00 |
| Philips, Brian & Laura * | 101.00 |
| Philly Keys Restaurant 0002209 | 95.00 |
| Pietrafesa, Richard | 577.00 |
| Platner, Brian & Beverly 0002535 | 427.00 |
| Pollard, Thomas & Kelly 0003144 | 95.00 |
| Post, George & Sandra * | 0.00 |
| Potts, Dianne  0003249 | 190.00 |
| R. T. Leasing Corp. | 310.00 |
| Randall, Ayo 0003245 | 97.00 |
| Reinhold, John 0002556 | 320.07 |
| Repplier, Banning | 95.00 |
| Richards,Russ 0002476 | 95.00 |
| Ripich, Robert & Catherine * | 282.81 |
| Robex Juice 0002239 | 333.50 |
| Robinson, Richard | 87.00 |
| RT Leasing Corp | 142.50 |
| Rule, Kenneth & Sandra Lynn | 190.00 |
| Runnells, Clive & Nancy | 150.00 |
| Russell Post Properties Rentals | 95.00 |
| Russell, Margaret 0002608 | 95.00 |
| Ryon, Richard & Cathy * | 190.00 |
| Schneider, Frank & Gordana 0002583 | 109.00 |
| Seale, James & Erin | 95.00 |
| Seaway Plumbing | 72.00 |
| Shields, Pat & Meg | 1,266.20 |
| Shimm, Kenneth | 95.00 |
| Shoreline Builders, Inc | 700.00 |
| Shumway, Shirley | 95.00 |
| Sloan, Cyrus Hamilton & Ann 0002779 | 525.71 |
| Slovick, Steven & Melinda 0002895 | 184.00 |

2:52 PM
03/03/17

GOING AIRE
Case 17-12747-LMI    Doc 1    Filed 03/07/17    Page 26 of 69
A/R Aging Summary
As of March 3, 2017

|  | TOTAL |
|---|---|
| Smalley 0002593 | 90.00 |
| Smith , Campbell & Ashley 0003239 | 190.00 |
| Smith, Charles | 95.00 |
| Smith, Raymond & Virginia 0003010 | 95.00 |
| South Bay Developers 0002505 | 332.50 |
| St. Germain, Lisa 0003128 | 354.55 |
| Stamps, Roe & Penny | 95.00 |
| Stavola, William & Maureen | 95.00 |
| Strode, James  0003097 | 95.00 |
| Sullivan, Michael & Jill | 123.00 |
| Swenson, Peter 0003082 | 85.00 |
| Tapavino 0003176 | 95.00 |
| Techet & Steven & Joan | 473.30 |
| Terzian, Mrs. Arthur * | 540.71 |
| Thomas, Jose 0002674 | 95.00 |
| Thornton, Peter & Marijane * | 307.60 |
| Thornton, Stephanie 0002050 | 127.50 |
| Timeless  0002868 | 90.00 |
| Torise, Steve & Joyce | 170.50 |
| Tri-Tech Construction 0002037 | 5,529.25 |
| Tudino, Eugene & Rita * | 278.54 |
| Tweardy, Cathey | 122.50 |
| Urban, Kathy 0002716 | 448.50 |
| Vacation Rentals | 1,852.12 |
| Van Ness, William & Anne | 240.75 |
| Veneklasen, Alan & Lynn * | 90.00 |
| Ventura, Juan C. & Maria 0003243 | 85.00 |
| Vernace, Salvatore & Anna Maria | 160.00 |
| Viking Distributing East 0003117 | 83.28 |
| Waite, Julia | 95.00 |
| Waller, Allen & Gladys * | 207.37 |
| Watts, Joretta | 51.06 |
| Weisleder, Brooke & Sally | -3.00 |
| Whitaker, Kerry | 325.64 |
| White, Kathy & William * | 225.00 |
| Wiebel, Michelle 0002431 | 184.00 |
| Williams, Roy 0002596 | 584.90 |
| Williamson, Robert & Eleanor | 360.00 |
| Wittels, Michael & Lishka | 494.00 |
| Witz, Robert & Fay | 95.00 |
| Wolf , Charles & Diane  0003244 | 200.00 |
| Wolf, Morris & Barbara | 123.00 |
| Worley, Joe 0002259 | 355.47 |
| Wretzky , Gerald 0002977 | 97.00 |
| Yoh, Jr. Harold & Mary | 300.00 |

**GOING AIRE**
# A/R Aging Summary
### As of March 3, 2017

|                            | TOTAL      |
| -------------------------- | ---------- |
| Yoh, Michael & Gayle       | 75.00      |
| Young, Bradley & Laurel    | 255.44     |
| Zaccaro, John              | 300.00     |
| TOTAL                      | 112,330.08 |

| Date: 3/23/2015 | | | | | | |
|---|---|---|---|---|---|---|
| **Item** | **Description** | **Qty.** | **Each** | **Total** | **Order** | |
| **Copper / Brazing Supplies** | | | | | | |
| COP-1/4 | 1/4" x 50' Copper Roll | 1 | COMMODITY SHEET | COMMODITY SHEET | 2 | |
| COP-5/16 | 5/16" x 50' Copper Roll | 1 | COMMODITY SHEET | COMMODITY SHEET | 1 | |
| COP-3/8 | 3/8" x 50' Copper Roll | 4 | COMMODITY SHEET | COMMODITY SHEET | 2 | |
| COP-1/2 | 1/2" x 50' Copper Roll | 1 | COMMODITY SHEET | COMMODITY SHEET | 1 | |
| COP-5/8 | 5/8" x 50' Copper Roll | 1 | COMMODITY SHEET | COMMODITY SHEET | 1 | |
| COP-3/4 | 3/4" x 50' Copper Roll | 4 | COMMODITY SHEET | COMMODITY SHEET | 1 | |
| COP-7/8 | 7/8" x 50' Copper Roll | 4 | COMMODITY SHEET | COMMODITY SHEET | 2 | |
| COP-1-1/8 | 1-1/8" x 50' Copper Roll | 1 | COMMODITY SHEET | COMMODITY SHEET | 2 | |
| ARM-3/4X1/2 | 6RX048068/ACT03412 3/4" TUBE x 1/2" WALL | 40 | $ 2.53 | $ 101.20 | 1 | |
| ARM-7/8X1/2 | 6RX048078 7/8" TUBE x 1/2" WALL | 35 | $ 2.64 | $ 92.30 | 2 | |
| ARM-1-1/8X1/2 | 6RX048118 1/ACT11812-1/8" TUBE x 1/2" WALL | 25 | $ 2.96 | $ 73.93 | 2 | |
| W01009 | 3/8" Coupling | 20 | COMMODITY SHEET | COMMODITY SHEET | 30 | |
| W01017 | 1/2" Coupling | 6 | COMMODITY SHEET | COMMODITY SHEET | 24 | |
| W01022 | 5/8" Coupling | 6 | COMMODITY SHEET | COMMODITY SHEET | 12 | |
| W01028 | 3/4" Coupling | 20 | COMMODITY SHEET | COMMODITY SHEET | 10 | |
| W01034 | 7/8" Coupling | 20 | COMMODITY SHEET | COMMODITY SHEET | 10 | |
| W01047 | 1-1/8" Coupling | 6 | COMMODITY SHEET | COMMODITY SHEET | 24 | |
| W02809 | 3/8" LONG RADIUS STREET 90-DEG ELBOW | 6 | COMMODITY SHEET | COMMODITY SHEET | 8 | |
| W02817 | 1/2" LONG RADIUS STREET 90-DEG ELBOW | 6 | COMMODITY SHEET | COMMODITY SHEET | 10 | |
| W02822 | 5/8" LONG RADIUS STREET 90-DEG ELBOW | 6 | COMMODITY SHEET | COMMODITY SHEET | 8 | |
| ~~W02828~~ | ~~3/4" LONG RADIUS STREET 90-DEG ELBOW~~ | ~~12~~ | ~~COMMODITY SHEET~~ | ~~COMMODITY SHEET~~ | | |
| W02834 | 7/8" LONG RADIUS STREET 90-DEG ELBOW | 12 | COMMODITY SHEET | COMMODITY SHEET | 8 | |
| W02847 | 1-1/8" LONG RADIUS STREET 90-DEG ELBOW | 6 | COMMODITY SHEET | COMMODITY SHEET | 8 | |
| 95150 | SIL-FOS 15% BRAZING ROD - 1lb. TUBE | 3 | COMMODITY SHEET | COMMODITY SHEET | 1 | |
| SC-10 | ABRASIVE SANDCLOTH ROLL - 10yrd | 2 | $ 4.61 | $ 9.22 | 2 | |

| Item | Description | Qty | Unit | Total | Handwritten |
|---|---|---|---|---|---|
| CHM00410 | 4300-11 Rx11 FLUSH - 32oz. | 3 | $ 98.80 | $ 296.39 | 2 |
| **General Chemicals** | | | | | |
| CO-1 | PULL A SPOUT OILER | 2 | $ 2.18 | $ 4.36 | 3 |
| WD40 | 741-002 WD-40 11oz. CAN | 2 | $ 9.67 | $ 19.33 | 3 |
| 42005 | VACUUM PUMP OIL - QUART | 4 | $ 7.13 | $ 28.54 | 2 |
| **Safety and Cleaning Supplies** | | | | | |
| 25116 | HCP-15 ORANGE PUMICE HAND CLEANER | 2 | $ 6.05 | $ 12.10 | 0 |
| SC-1 | NON-SKID SHOE COVERS - 50 PAIR (box) | 2 | $ 16.76 | $ 33.52 | 1 |
| RAG5# | CLEANUP RAGS - 5 LBS. | 3 | $ 10.92 | $ 32.76 | 0 |
| 23010 | DISPOSABLE LATEX GLOVES (box) | 2 | $ 15.36 | $ 30.71 | 1 |
| **Refrigerant** | | | | | |
| R-422 | 902 REFRIGERANT-30 LBS  422 | 3 | COMMODITY SHEET | COMMODITY SHEET | 3 |
| R-410A/D25 | R-410A REFRIGERANT 25 LBS | 3 | COMMODITY SHEET | COMMODITY SHEET | 0 |
| R-134A/D30 | R-134A REFRIGERANT-30 LBS | 1 | COMMODITY SHEET | COMMODITY SHEET | 1 |
| R-404A/D24 | R-404A REFRIGERANT-24 LBS | 1 | COMMODITY SHEET | COMMODITY SHEET  407 Refrigerant | 1 |
| **Installation Tapes / Adhesives / Straps** | | | | | |
| 7-P36 | 36" PANDUIT STRAP - BAG OF 50 | 4 | $ 8.75 | $ 35.00 | 0 |
| 7-P48 | 48" PANDUIT STRAP - BAG OF 50 | 2 | $ 18.75 | $ 37.50 | 3 |
| 710-100 | 1-3/4" WEBBED STRAP - 100yd. ROLL | 4 | $ 4.20 | $ 16.80 | 3 |
| 0810 | 2.5" ALUMINUM TAPE-UL181 | 12 | $ 12.14 | $ 145.69 | 0 |
| 950 | BLACK DUCT TAPE (rolls) | 12 | $ 6.08 | $ 73.01 | 29 |
| 1000S | FASSON SPRAY ADHESIVE (can) | 6 | $ 5.03 | $ 30.15 | 38 |
| 1714 | FOAM SEALANT SPRAY - 12oz. CAN | 4 | $ 4.41 | $ 17.64 | 2 |
| RCD-6-1 | ORIGINAL #6 MASTIC - 1ga (pales) | 4 | $ 18.25 | $ 73.00 | 4 |
| MASTIC BRUSH | B-505 3" CHIP BRUSH | 12 | $ 1.08 | $ 12.96 | 9 |
| 303250 | 3" x 150' ADHESIVE-BACKED FIBERGLASS MESH SCRIM (rolls) | 2 | $ 6.48 | $ 12.96 | 4 |
| **Unit Installation Accessories** | | | | | |
| BMTD06 | 6" HURRICANE CLIPS - 4pk | 6 | $ 2.31 | $ 13.86 | 17 |
| MP-2E | E.V.A. ANTI-VIBRATION PAD - 2" x 2" x 7/8" (Sheets) | 48 | $ 0.42 | $ 19.92 | 2 |
| HEB18W | 18" TALL / 17-27" WIDE ADJUSTABLE AIR HANDLER STAND | 2 | $ 28.18 | $ 56.36 | 2 |
| HEB30N | 30" TALL / 14-24" WIDE ADJUSTABLE AIR HANDLER STAND | 2 | $ 39.41 | $ 78.82 | 1 |
| HANGER KIT 3/8 | 3/8 INCH DRAIN PAN HANGER KIT  HK38 | 2 | $ 27.04 | $ 54.08 | 0 |

| | PVC Supplies | | | | | | |
|---|---|---|---|---|---|---|---|
| **PVC Supplies** | | | | | | | |
| PVC401-007 | 3/4" TEE - SLIPxSLIPxSLIP (5-401007) | 50 | $ | 0.35 | $ | 17.60 | 44 |
| PVC406-007 | 3/4" ELBOW - SLIPxSLIP (5-406007) | 50 | $ | 0.33 | $ | 16.50 | 30 |
| PVC417-007 | 3/4" 45deg ELBOW - SLIPxSLIP (5-417007) | 50 | $ | 0.64 | $ | 31.90 | 14 |
| PVC429-007 | 3/4" COUPLING - SLIPxSLIP (5-429007) | 50 | $ | 0.24 | $ | 12.10 | 45 |
| PVC435-007 | 3/4" FEMALE ADAPTER - SLIPxFIPT (5-435007) | 50 | $ | 0.51 | $ | 25.30 | 0 |
| PVC436-007 | 3/4" MALE ADAPTER - MIPTxSLIP (5-436007) | 50 | $ | 0.24 | $ | 12.10 | 0 |
| PVC447-007 | 3/4" CAP - SLIP (5-447007) | 100 | $ | 0.31 | $ | 30.80 | 0 |
| RUNTRAP | 3/4" RUN TRAP (5-409) | 4 | $ | 1.10 | $ | 4.40 | 10 |
| PTRAP | 3/4" PVC "P" TRAP (5-408) | 4 | $ | 1.10 | $ | 4.40 | 0 |
| PVCGLUE-8 | 31013 8oz. REGULAR CLEAR PVC CEMENT | 4 | $ | 3.90 | $ | 15.59 | 2 |
| TEFLON 1/2 | 6-734 1/2" TEFLON TAPE | 2 | $ | 0.76 | $ | 1.51 | 0 |
| **Condensate Management** | | | | | | | |
| 554435 | VCMA-20ULST 115v CONDENSATE PUMP w/ TUBING | 1 | $ | 42.34 | $ | 42.34 | 1 |
| 554461 | VCMA-20ULST 230v CONDENSATE PUMP w/ TUBING | 1 | $ | 42.34 | $ | 42.34 | 0 |
| SS-1 | INLINE OVERFLOW SAFE-T-SWITCH | 5 | $ | 13.49 | $ | 67.46 | 24 |
| SS-2 | AUXILARY OVERFLOW SAFE-T-SWITCH | 5 | $ | 11.63 | $ | 58.14 | 24 |
| SS-3 | AUXILIARY CLIP OVERFLOW SAFE-T-SWITCH | 5 | $ | 6.76 | $ | 33.80 | 10 |
| PROTREAT-200 | PRO-TREAT DRAIN TABLETS - 200pk | 2 | $ | 13.99 | $ | 27.99 | 2 |
| CHM00818 | 4165-08 DRAIN SOLVE - 1gal | 4 | $ | 19.47 | $ | 38.95 | 0 |
| **Coil Cleaning & Maintenance** | | | | | | | |
| PRO-BROWN | ULTRA-HIGH FOAMING COIL CLEANER - 1gal. | 4 | $ | 12.47 | $ | 49.88 | 2 |
| CHM00354 | 4171-75 FOAM NO-RINSE EVAP AEROSOL - 18oz. | 4 | $ | 8.64 | $ | 34.57 | 0 |
| CHM00268 | 1gal SCENTED ENVIROCON | 2 | $ | 16.75 | $ | 33.50 | 0 |
| FS625 | 5/8 INCH CORROSION FIN SAVER | 2 | $ | 33.00 | $ | 66.00 | 0 |
| FS750 | 3/4 INCH CORRISION FIN SAVER | 2 | $ | 33.00 | $ | 66.00 | 0 |
| FS875 | 7/8 INCH CORROSION FIN SAVER | 2 | $ | 33.00 | $ | 66.00 | 0 |
| FS1125 | 1 1/8 INCH CORROSION FIN SAVER | 2 | $ | 35.80 | $ | 71.60 | 0 |
| C-20 | COIL GUARD - 20oz. COIL COATING AEROSOL | 1 | $ | 23.83 | $ | 23.83 | 2 |
| **Leak and Acid Chemicals** | | | | | | | |
| CHM00276 | SPRAY LEAK REACTANT 32oz. | 2 | $ | 5.01 | $ | 10.02 | 0 |
| EZ-4/ECS | EZ-JECT UNIVERSAL DYE CARTRIDGE | 3 | $ | 14.31 | $ | 42.92 | 0 |
| CHM00814 | 4050-06 AC EASYSEAL LEAK SEALANT - 3oz | 3 | $ | 50.51 | $ | 151.53 | 0 |
| HSE01610 | 4051-99 EASYSEAL PIERCING VALVE & HOSE | 1 | $ | 14.47 | $ | 14.47 | 0 |
| QT2000 | QUIKCHECK 2sec ACID TEST | 3 | $ | 8.21 | $ | 24.62 | 0 |
| CHM00413 | 4301-02 RX-ACID SCAVENGER | 2 | $ | 23.19 | $ | 46.38 | 1 |

## Electrical / Wiring

| | | | COMMODITY SHEET | COMMODITY SHEET | |
|---|---|---|---|---|---|
| THM-18/5-S | 18/5 THERMOSTAT WIRE - 250ft. SPOOL (47130307) | 3 | COMMODITY SHEET | COMMODITY SHEET | 1 |
| THM-18/8-S | 18/8 THERMOSTAT WIRE - 250ft. SPOOL (47160307) | 3 | COMMODITY SHEET | COMMODITY SHEET | 1 |
| WHIP-1/2 | 1/2" ELECTRICAL WHIP | 3 | $ 9.70 | $ 29.10 | 1 |
| WHIP-3/4 | 3/4" ELECTRICAL WHIP | 3 | $ 13.18 | $ 39.53 | 0 |
| 750-NMLT50 | 1/2" NMLT STRAIGHT CONNECTOR | 25 | $ 0.95 | $ 23.80 | 11 |
| 750-NMLT9050 | 1/2" NMLT 90 DEG ELBOW CONNECTOR | 10 | $ 1.57 | $ 15.68 | 12 |
| 750-NMLT75 | 3/4" NMLT STRAIGHT CONNECTOR | 10 | $ 1.40 | $ 14.00 | 3 |
| 750-NMLT9075 | 3/4" NMLT 90 DEG ELBOW CONNECTOR | 10 | $ 2.41 | $ 24.08 | 8 |
| ELECTRIC TAPE-3M | ET33 06132 3M PREMIUM ELECTRIC TAPE | 5 | $ 6.61 | $ 33.05 | 2 |
| WTB11C | 11" BLACK WIRE TIES - 100pk | 4 | $ 5.74 | $ 22.97 | 8 |
| 623-002 | BLUE WIRE NUTS 100pk | 4 | $ 3.85 | $ 15.41 | 2 |
| 623-003 | ORANGE WIRE NUTS 100pk | 4 | $ 4.64 | $ 18.58 | 1 |
| 623-004 | YELLOW WIRE NUTS 100pk | 4 | $ 4.55 | $ 18.22 | 1 |
| 623-007 | RED WIRE NUTS 100pk | 4 | $ 6.68 | $ 26.71 | 2 |
| 623-008 | WINGED BLUE WIRE NUT 50pk | 2 | $ 7.15 | $ 14.29 | 1 |
| 6233LX | FULLY INSULATED FEMALE SLIP-ON DISCONNECT - 16/14 - 50pk | 2 | $ 10.56 | $ 21.12 | 1 |
| 61234LX | FULLY INSULATED FEMALE SLIP-ON DISCONNECT - 12/10 - 50pk | 1 | $ 18.77 | $ 18.77 | 1 |
| 60210LX | PIGGYBACK VINYL ADAPTER - SIZE 16/14 - 50pk | 1 | $ 13.02 | $ 13.02 | 0 |
| R12-10V-D | 12-10 #10 VINYL RING 60pk | 1 | $ 8.90 | $ 8.90 | 1 |
| HTSF16-250-3-S | 16-14 HIGH TEMP FLAG 15pk | 1 | $ 8.23 | $ 8.23 | 0 |
| FCT12-250-3-S | COMPRESSOR TERMINAL -- 10pk | 1 | $ 3.90 | $ 3.90 | 6 |
| ZFP05 | ATC5 5amp FUSE - 25pk | 2 | $ 12.55 | $ 25.09 | 0 |
| ZFG05 | AGC5 5amp FUSE - 25pk | 1 | $ 12.55 | $ 12.55 | 1 |
| QT2810 | QWIK-LUG 10GA. REPAIR KIT | 3 | $ 21.59 | $ 64.76 | 1 |
| TO5 | KICKSTART - 1 TO 3 TON | 3 | $ 25.74 | $ 77.22 | 3 |
| KS1 | KICKSTART - 3.5 TO 5 TON | 3 | $ 29.73 | $ 89.19 | 2 |

## Honeywell Products

| | | | | | |
|---|---|---|---|---|---|
| TH5110D1006 | 1H/1C NON-PROGRAMMABLE | 4 | $ 35.41 | $ 141.62 | 3 |
| TH5220D1003 | 2H/2C NON-PROGRAMMABLE | 4 | $ 49.89 | $ 199.58 | 4 |
| TH6220D1002 | FOCUS PRO 5-1-1 2H/2C | 4 | $ 66.64 | $ 266.55 | 4 |
| TH6320WF1005 | WI-FI FOCUSPRO | 2 | $ 102.39 | $ 204.77 | 2 |
| TH9320WF5003 | WI-FI 9000 7-DAY PROGRAMMABLE THERMOSTAT - 3H/2C | 2 | $ 191.99 | $ 383.97 | 1 |
| TH8321R1001 | 3H/2C 7-DAY REDLINK THERMOSTAT W/ DEHUMIDITY | 1 | $ 153.59 | $ 153.59 | 1 |
| YTHM5421R1010 | PRESTIGE EQUIPMENT INTERFACE MODULE KIT W/ 2 DUCT SENSORS | 1 | $ 51.19 | $ 51.19 | 2 |
| THM6000R1002 | REDLINK INTERNET GATEWAY MODULE | 1 | $ 83.19 | $ 83.19 | 0 |
| C7089R1013 | WIRELESS OUTDOOR SENSOR | 1 | $ 44.79 | $ 44.79 | 3 |
| YTHX9421R5085WW | PRESTIGE IAQ 3.0 2-WIRE HD COMFORT SYSTEM KIT- WHITE | 1 | $ 230.39 | $ 230.39 | 0 |
| H46C1166 | DEHUMIDISTAT - WHITE | 2 | $ 40.17 | $ 80.35 | 2 |

| c7189r1004 | WIRELESS INDOOR SENSOR | 3 | $ 35.00 | | 3 |
|---|---|---|---|---|---|
| **Refrigeration Accessories** | | | | | |
| DXA-5 | UNIVERSAL SPUN COPPER DRIER - 1/4" x 1/4" | 3 | $ 8.65 | $ 25.94 | 8 |
| DHY01469 | 053S DRIER - 05cu 3/8"swt | 2 | $ 14.92 | $ 29.84 | 0 |
| DAD083S | 3/8" 08cu LIQUID LINE DRIER | 6 | $ 7.84 | $ 47.04 | 5 |
| DAD163S | 3/8" 16cu LIQUID LINE DRIER | 6 | $ 9.00 | $ 54.01 | 6 |
| DHY01473 | 164S DRIER - 16cu 1/2"swt | 2 | $ 23.69 | $ 47.37 | 2 |
| DHY01480 | 305S DRIER - 30cu 5/8"swt | 2 | $ 46.38 | $ 92.77 | 2 |
| KTF032 | INLINE FILTER DRIER KIT FOR RECOVERY UNITS | 1 | $ 28.06 | $ 28.06 | 2 |
| DHY01466 | 052 DRIER - 05cu 1/4"sae | 1 | $ 16.19 | $ 16.19 | 2 |
| DHY00139 | 053 DRIER - 05cu 3/8"sae | 1 | $ 16.19 | $ 16.19 | 2 |
| DHY00149 | 163 DRIER - 16cu 3/8"sae | 1 | $ 26.13 | $ 26.13 | 2 |
| GLS00890 | 3/8" SWEAT SIGHT GLASS | 2 | $ 23.56 | $ 47.11 | 2 |
| CD8403 | 3/16" SERVICE VALVE - 6pk | 2 | $ 11.45 | $ 22.90 | 1 |
| CD4460 | VALVE CORES - 25pk | 1 | $ 10.80 | $ 10.80 | 1 |
| CD2245 | 1/4" VALVE CORE CAP - 6pk | 2 | $ 2.59 | $ 5.18 | 0 |
| CD9603 | CD9603/2 1/4" SWIVEL ON TEE - 2pk | 1 | $ 8.93 | $ 8.93 | 1 |
| **Capacitors & Contactors** | | | | | |
| CPT00763 | 3/440 OVAL CAPACITOR | 2 | $ 3.47 | $ 6.94 | 5 |
| CPT00161 | 4/440 OVAL CAPACITOR | 2 | $ 3.42 | $ 6.84 | 3 |
| CPT00119 | 5/440 OVAL CAPACITOR | 5 | $ 3.94 | $ 19.68 | 6 |
| CPT00203 | 7.5/440 OVAL CAPACITOR | 5 | $ 5.18 | $ 25.90 | 5 |
| CPT00088 | 10/440 OVAL CAPACITOR | 5 | $ 6.10 | $ 30.51 | 3 |
| CPT00422 | 12.5/440 OVAL CAPACITOR | 5 | $ 4.92 | $ 24.61 | 5 |
| CPT00206 | 15/440 OVAL CAPACITOR | 2 | $ 6.60 | $ 13.19 | 4 |
| CPT00231 | 20/440 OVAL CAPACITOR | 5 | $ 6.44 | $ 32.19 | 6 |
| CPT00467 | 25/440 ROUND CAPACITOR | 2 | $ 6.54 | $ 13.09 | 4 |
| CPT00456 | 30/440 ROUND CAPACITOR | 2 | $ 8.31 | $ 16.61 | 3 |
| CPT00235 | 35/440 ROUND CAPACITOR | 5 | $ 8.14 | $ 40.68 | 6 |
| CPT00236 | 40/440 ROUND CAPACITOR | 5 | $ 8.82 | $ 44.08 | 2 |
| CPT00237 | 45/440 ROUND CAPACITOR | 5 | $ 10.30 | $ 51.51 | 3 |
| CPT00238 | 50/440 ROUND CAPACITOR | 2 | $ 11.08 | $ 22.16 | 3 |
| CPT00239 | 55/440 ROUND CAPACITOR | 2 | $ 11.83 | $ 23.66 | 3 |
| CPT00392 | 60/440 ROUND CAPACITOR | 2 | $ 12.56 | $ 25.12 | 2 |
| CPT01233 | 70/440 ROUND CAPACITOR | 2 | $ 19.97 | $ 39.94 | 0 |
| CPT01074 | 80/440 ROUND CAPACITOR | 2 | $ 21.84 | $ 43.67 | 0 |
| CPT00690 | 20+5/440 ROUND CAPACITOR | 2 | $ 15.72 | $ 31.44 | 2 |
| CPT00695 | 25+5/440 ROUND CAPACITOR | 2 | $ 15.01 | $ 30.02 | 5 |
| CPT00659 | 30+5/440 ROUND CAPACITOR | 2 | $ 13.66 | $ 27.32 | |

*30+5/440 round capacitor*                                                     2

| | | | | | |
|---|---|---|---|---|---|
| CPT00977 | 35+5/440 ROUND CAPACITOR | 2 | $ 13.86 | $ 27.72 | 3 |
| CPT01248 | 35+7.5/440 ROUND CAPACITOR | 2 | $ 11.29 | $ 22.59 | 3 |
| CPT00668 | 40+5/440 ROUND CAPACITOR | 2 | $ 14.95 | $ 29.89 | 2 |
| CPT01032 | 40+7.5/440 ROUND CAPACITOR | 2 | $ 14.89 | $ 29.78 | 5 |
| CPT00656 | 45+5/440 ROUND CAPACITOR | 2 | $ 15.55 | $ 31.09 | 2 |
| CPT00669 | 45+7.5/440 ROUND CAPACITOR | 2 | $ 21.64 | $ 43.27 | 5 |
| CPT00660 | 50+5/440 ROUND CAPACITOR | 2 | $ 14.75 | $ 29.50 | 5 |
| CPT00670 | 55+5/440 ROUND CAPACITOR | 2 | $ 17.41 | $ 34.81 | 4 |
| CPT00671 | 55+7.5/440 ROUND CAPACITOR | 2 | $ 11.97 | $ 23.94 | 2 |
| CPT00691 | 60+5/440 ROUND CAPACITOR | 2 | $ 13.43 | $ 26.87 | 1 |
| CPT01033 | 60+7.5/440 ROUND CAPACITOR | 2 | $ 24.92 | $ 49.84 | 3 |
| CPT02163 | 70+7.5/440 ROUND CAPACITOR | 2 | $ 14.99 | $ 29.97 | 2 |
| CPT02032 | 80+5/440 ROUND CAPACITOR | 2 | $ 12.47 | $ 24.93 | 3 |
| CPT02031 | 80+7.5/440 ROUND CAPACITOR | 2 | $ 12.63 | $ 25.26 | 3 |
| CPT02033 | 80+10/440 ROUND CAPACITOR | 2 | $ 12.78 | $ 25.56 | 2 |
| CTR02573 | 2-POLE 30/25/20a 24v CONTACTOR w/ SCREW CONNECTIONS | 4 | $ 8.72 | $ 34.88 | 2 |
| CTR02576 | 2-POLE 40a 24v CONTACTOR w/ SCREW CONNECTIONS | 4 | $ 10.30 | $ 41.20 | 2 |
| CTR02577 | 3-POLE 40a 24v CONTACTOR w/ BOX LUGS | 3 | $ 15.96 | $ 47.88 | 2 |
| **Motors** | | | | | |
| FE6000F | 1/3 – 1/6hp 1075rpm 230v MASTERFIT CONDENSER MOTOR w/ CAP | 2 | $ 60.10 | $ 120.20 | 1 |
| FE6002F | 1/2 – 1/5hp 1075rpm 230v MASTERFIT CONDENSER MOTOR w/ CAP | 2 | $ 76.52 | $ 153.04 | 0 |
| FE6001F | 1/3 – 1/6hp 825rpm 230v MASTERFIT CONDENSER MOTOR w/ CAP | 2 | $ 81.26 | $ 162.53 | 0 |
| ORM5488 | 1/3 – 1/8hp 825rpm 230v MULTI-HP CONDENSER MOTOR | 2 | $ 89.05 | $ 178.10 | 0 |
| FD6000A | 1/2 – 1/6hp 1075rpm 230v MASTERFIT BLOWER MOTOR w/ CAPACITOR | 2 | $ 64.84 | $ 129.69 | 0 |
| FD6001A | 3/4 – 1/5hp 1075rpm 230v MASTERFIT BLOWER MOTOR w/ CAPACITOR | 2 | $ 78.55 | $ 157.09 | 1 |
| 6205E | 1/2hp EVERGREEN CONSTANT TORQUE ECM MOTOR - 208/230v | 1 | $ 277.62 | $ 277.62 | 0 |
| 6207E | 3/4hp EVERGREEN CONSTANT TORQUE ECM MOTOR - 208/230v | 1 | $ 303.21 | $ 303.21 | 0 |
| 6210E | 1hp EVERGREEN CONSTANT TORQUE ECM MOTOR - 208/230v | 1 | $ 337.67 | $ 337.67 | 0 |
| **Refrigeration Repair** | | | | | |
| 9721 | 3-in-1 1/12-1/15-1/20hp 1550rpm 3.3" BLOWER MOTOR | 1 | $ 69.18 | $ 69.18 | 0 |
| 9720A | 1/12hp 1550rpm 208-230v 3.3" BLOWER MOTOR | 1 | $ 66.60 | $ 66.60 | 0 |
| 9207F2 | 9 WATT UNIT BEARING FAN MOTOR | 1 | $ 97.76 | $ 97.76 | 0 |
| 9208F2 | 16 WATT UNIT BEARING FAN MOTORS | 1 | $ 114.29 | $ 114.29 | 0 |
| CNT04777 | ETC-111000 1-STAGE DIGITAL TEMP. CONTROL - 120/208/240v | 1 | $ 73.10 | $ 73.10 | 1 |
| CNT04797 | ETC-112000 1-STAGE DIGITAL TEMP. CONTROL - 24v | 1 | $ 68.84 | $ 68.84 | 1 |
| CNT04782 | A12-700 CONSTANT CUT-IN CONTROL - CUT IN AT 37deg | 1 | $ 54.89 | $ 54.89 | 0 |
| CNT04796 | A12-1506 CONSTANT CUT-IN CONTROL - CUT IN AT 38deg | 1 | $ 56.93 | $ 56.93 | 0 |
| CNT04779 | O10-1402 LOW PRESSURE CONTROL - 12" to 50psi | 1 | $ 80.30 | $ 80.30 | 0 |
| CNT04781 | O10-1483 LOW PRESSURE CONTROL - 10" to 100psi | 1 | $ 78.92 | $ 78.92 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CNT04778 | O10-2054 HI PRESSURE CONTROL - 100 to 400psi | 1 | $ | 53.62 | $ | 53.62 | 1 |
| CNT04793 | O12-4834 DUAL PRESSURE CONTROL | 1 | $ | 129.22 | $ | 129.22 | 1 |
| | GOOF PLATE PRO 5000 | 10 | | | | 9 |
| pvc-450-007 | 3/4 PVC MALE THREADED CAP (FOR DRAIN) | 25 | | | | 0 |
| | 3/4 PVC MALE THREADED PIPE 6" LOW PROFILE | 10 | | | | 0 |
| | FLUX | 2 | | | | 0 |
| ~~CHM00544~~ | ~~CHM00544 MARINE CHEMICAL FOR LEE~~ | | | | | |
| | 3/4" PVC LONG PIPE ~~8' lengths~~ *10' Lenghts* | 12 | | | | 8 |
| RLY02807 | RELAY | 2 | | | | 2 |
| KIT07908 | HARD START KIT | 1 | | | | 2 |
| KIT01477 | HARD START KIT | 1 | | | | 2 |
| | Non trane 60 amp 240v TFN60RCP GE Disconnect | 2 | | | | 3 |
| CHM00358 | CHM00358 LEAK DETECTOR SMALL BOTTLE | 6 | | | | 0 |
| RLY01706 | RLY01706 RELAY 24V | 2 | | | | 1 |

Note: more misc parts, And All Filters

( Belts, 2×4's, appliance misc parts, Filters)
plus items in truck that the techs have

# STOCK ITEMS IN GARAGE

~~(1) DR65~~ *used to S. Road*

(2) 12X12 RA Grilles

~~(1) 12X12 4-Way Grille~~

~~(2) 12X12 Ceiling Grilles~~ ✳ *14 Bayberry*

(1) 14X14 Ceiling Grille

(1) 32X20 RA Grille w/Filter

(1) 4X4 Bathroom Grille

(3) 8X8 Ceiling Grilles

(2) 8X6 Ceiling Grilles

(1) 30X16 RA Grille

(1) 18X6 RA Grille

~~(1) 10X10 Ceiling Grille~~ ✳ *used*

(1) Recessed Dryer Vent

(1) Dishwasher GE #PDT720SGHWW (new but has dent in door)

*(2)(1) 16X28 drain pan for DR65*
*(2) 18X30 drain pan for DR90 + DR120*

## STOCK ITEMS IN PARTS ROOM

(1) 22 X 14 Grille

(1) 24 X 14 Grille w/Filter

(1) ~~(1)~~ 18 X 12 w/Filter

(1) 18 X 6 Sidewall Grille

~~(1) 12 X 8 Ceiling Grille~~

(1) 12 X 8 Vertical Sidewall Grille

(1) 10 X 8 Return Air Grille

(1) InLine Booster fan 8" (#FVT1F-8-B) (Our Cost w/ shipping + tax #103.80)

(1) JennAir DB394084476 – JEC4430BS00 (Electric 30" CookTop / Electric)

(1) 26 X 24 w/ Filter Wall Grille

(1) Water Inlet Valve #W10648041 (Dishwasher) (KitchenAid M# KUDS03CTBL3

(2) Carrier Sensors

(3) 12x8 Ceiling grilles

(1) TXV 410 Refrigerant (5 Ton System)

(1) RGF Halo (in cage)

(1) Panasonic Fan M# FV-08VQ5

**Fill in this information to identify the case:**

Debtor name       **Going Ventures, LLC d/b/a Going Aire, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.1    OnDeck Capital**
Creditor's Name

**1400 Broadway**
**25TH Floor**
**New York, NY 10018**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Amount of claim:** $339,999.66   **Value:** $0.00

**Describe the lien**
**Personal Property Lien - disputed**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

---

**2.2    1st Merchant Funding, LLC**
Creditor's Name

**12000 Biscayne Blvd**
**Suite 609**
**Miami, FL 33181**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien

**Amount of claim:** $105,045.00   **Value:** $0.00

**Describe the lien**
**Personal Property Lien - disputed**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Going Ventures, LLC d/b/a Going Aire, LLC**                Case number (if know) _____
         Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 | **Mantis Funding, LLC** | Describe debtor's property that is subject to a lien | $41,440.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**64 Beaver Street**
**Suite 344**
**New York, NY 10004**
Creditor's mailing address

_____

Describe the lien
**Personal Property Lien - disputed**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

☐ No

**Date debt was incurred**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | **Max Advance** | Describe debtor's property that is subject to a lien | $168,750.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**4208 18th Ave**
**Brooklyn, NY 11218**
Creditor's mailing address

_____

Describe the lien
**Personal Property Lien - disputed**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

☐ No

**Date debt was incurred**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 | **Merchant Funding Services, LLC** | Describe debtor's property that is subject to a lien | $31,598.49 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1 Evertrust Plaza**
**14th Floor**
**Jersey City, NJ 07302**
Creditor's mailing address

_____

Describe the lien
**Personal Property Lien - disputed**
Is the creditor an insider or related party?

☑ No

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Going Ventures, LLC d/b/a Going Aire, LLC**                    Case number (if know) _____
                Name

Creditor's email address, if known    ☐ Yes
_____    **Is anyone else liable on this claim?**

**Date debt was incurred**    ☐ No

_____    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

_____

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply

■ No    ☐ Contingent

☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative
priority.    ■ Disputed

_____

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$686,833.15** |

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **MCA Recovery LLC**<br>**17 State Street**<br>**Suite 4000**<br>**New York, NY 10004** | Line _2.5_ | |
| **Merchant Funding Services, LLC**<br>**30 Broad Street**<br>**14th Floor,Suite 14108**<br>**New York, NY 10004** | Line _2.5_ | |
| **Renata Bukhman, Esq**<br>**17 State Street**<br>**Suite 4000**<br>**New York, NY 10004** | Line _2.5_ | |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 3

**Fill in this information to identify the case:**

Debtor name **Going Ventures, LLC d/b/a Going Aire, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|---|---|---|---|---|---|
| | **Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA 19114-0326** | | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | | Basis for the claim:<br>**Taxes- Notice Onlu** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,307.71** |
|---|---|---|---|
| | **A & R Supply, LLC**<br>**2650 NW 89 CT.**<br>**Doral, FL 33171** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$978.97** |
|---|---|---|---|
| | **AFLAC**<br>**1932 Wynnton Road**<br>**Columbus, GA 31999** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    40382                    Best Case Bankruptcy

Debtor  **Going Ventures, LLC d/b/a Going Aire, LLC**

Name

Case number (if known) _____

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $754.33 |
|---|---|---|---|

**AquaCal**
2737 24th Street North
ST. Petersburg, FL 33713-4045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158.60 |
|---|---|---|---|

**Baker Distributing Company**
P.O. Box 409635
Atlanta, GA 30384-9635

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405.35 |
|---|---|---|---|

**Bayshore Equipment**
1800 NW 93rd Ave.
Miami, FL 33172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,564.70 |
|---|---|---|---|

**Blue Cross Blue Shield**
PO Box 740559
Atlanta, GA 30374-0559

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,269.00 |
|---|---|---|---|

**Bouche Appliances**
8822 SW 131 Street
Miami, FL 33176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,027.19 |
|---|---|---|---|

**Bridgefield Employer's Insurance Company**
PO Box 32034
Lakeland, FL 33802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $654.85 |
|---|---|---|---|

**Car Max**
P. O. Box 3174
Milwaukee, WI 53201-3174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Going Ventures, LLC d/b/a Going Aire, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,270.66 |
|---|---|---|---|

**Card Sound Golf Shop**
**100 Country Club Road**
**Key Largo, FL 33037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $61,702.92 |
|---|---|---|---|

**Carrier Sales & Distribution**
**29704 Network Place**
**Chicago, IL 60673-1297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,579.93 |
|---|---|---|---|

**Center Meeting Associates**
**300 Water Street**
**Suite 300**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,645.00 |
|---|---|---|---|

**Central Listing Service at Ocean Reef**
**31 Ocean Reef Drive Suite C101-#305**
**Key Largo, FL 33037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

**Chamber of Commerce**
**35 Ocean Reef Drive, Suite 142**
**Key Largo, FL 33037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $134.23 |
|---|---|---|---|

**Cintas**
**1111 NW 209th Avenue**
**Pe,broke Pines, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155.48 |
|---|---|---|---|

**Comcast**
**PO Box 530098**
**Atlanta, GA 30353-0098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Going Ventures, LLC d/b/a Going Aire, LLC**

Name

Case number *(if known)*

| | |
|---|---|
| **3.17** **Nonpriority creditor's name and mailing address**<br>**Comcast Business**<br>**PO Box 37601**<br>**Philadelphia, PA 19101-0601** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$329.99** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.18** **Nonpriority creditor's name and mailing address**<br>**Cultural Center \***<br>**200 Anchor Drive**<br>**Key Largo, FL 33037** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.19** **Nonpriority creditor's name and mailing address**<br>**Danise D Henriquez CFC**<br>**P O Box 1129**<br>**Key West, FL 33041-1129** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,641.46** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.20** **Nonpriority creditor's name and mailing address**<br>**Darryl Copeland**<br>**22 Harbor Island Drive**<br>**Key Largo, FL 33037** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.21** **Nonpriority creditor's name and mailing address**<br>**Dennis  Brozak**<br>**3655 Beneva Oaks Drive**<br>**Sarasota, FL 34238** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.22** **Nonpriority creditor's name and mailing address**<br>**Doug Kinney**<br>**941 Melvin Road**<br>**Annapolis, MD 21403** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21,403.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.23** **Nonpriority creditor's name and mailing address**<br>**Eagle Point Accounting & Tax**<br>**810 Jackson Street**<br>**Locust Grove, GA 30248** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$827.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Going Ventures, LLC d/b/a Going Aire, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $762.36 |
|---|---|---|---|

**Economic Motors**
4075 NW 79 Ave
Miami, FL 33166-6519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $279.13 |
|---|---|---|---|

**Empire**
P.O. Box 603354
Cahrlotte, NC 28260-3354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.64 |
|---|---|---|---|

**Florida Department of Transportation**
PO Box 880089
Boca Raton, FL 33488-0890

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.00 |
|---|---|---|---|

**Florida Keys Board of Realtors, Inc.**
92410 Overseas Hwy Suite 11
Tavernier, FL 33070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.00 |
|---|---|---|---|

**Florida Keys Electric Co-Op**
PO Box 377
Tavernier, FL 33070-0377

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.68 |
|---|---|---|---|

**Grainger**
Dept. 806153086
P.O. Box 419267
Kansas City, MO 64141-6267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525.12 |
|---|---|---|---|

**Hitachi Capital America Corp.**
800 Connecticut Avenue
Norwalk, CT 06854

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Going Ventures, LLC d/b/a Going Aire, LLC**                    Case number (if known) _____

Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,110.00 |
|------|---|---|---|

**Home Maintenance Services**
**1248 North Fieldlark Lane**
**Homestead, FL 33035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $930.64 |
|------|---|---|---|

**Humana**
**P.O. Box 3024**
**Milwaukee, WI 53201-3024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $596.77 |
|------|---|---|---|

**Johnstone Supply**
**P.O. Box 693634**
**Miami, FL 33269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
|------|---|---|---|

**Kenneth McNeese**
**1913 Kimbark Drive**
**Nashville, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.00 |
|------|---|---|---|

**Key Largo Chamber of Commerce**
**106000 Overseas Hwy**
**Key Largo, FL 33037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $431.59 |
|------|---|---|---|

**Keys Business Solutions South LLC**
**PO Box 2403**
**Key West, FL 33045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $321.00 |
|------|---|---|---|

**Larry Brady**
**1242 North Lake Shore Dr #26**
**Chicago, IL 60610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Going Ventures, LLC d/b/a Going Aire, LLC**

Name

Case number (if known) _____

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,261.75** |
|---|---|---|---|

Linda Mueller
8049 Brill Rd
Cincinnati, OH 45243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,079.14** |
|---|---|---|---|

Marcone 133518
PO Box #790120
St. Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,973.82** |
|---|---|---|---|

Nationwide
P.O. Box 37712
Philadelphia, PA 19101-5012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,232.21** |
|---|---|---|---|

Ocean Reef Club-Comm. Trash
24 Dockside Lane PMB 433
Key Lago, FL 33037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,416.00** |
|---|---|---|---|

Ocean Reef Landings Property Owners
1 Barracuda Lane
N Key Largo, FL 33037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,635.00** |
|---|---|---|---|

Ocean Reef Press
35 Ocean Reef Drive, Suite 200
Key Largo, FL 33037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,791.00** |
|---|---|---|---|

ORCA
24 Dockside Lane #505
Key Largo, FL 33037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

Debtor  **Going Ventures, LLC d/b/a Going Aire, LLC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Pak Mail Services**<br>**24 Dockside Lane**<br>**Key Largo, FL 33037**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$162.01** |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Quill**<br>**P. O. Box 37600**<br>**Philadelphia, PA 19101**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$202.32** |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Russell  Post**<br>**35 Ocean Reef Drive**<br>**Suite 120**<br>**Key Largo, FL 33037**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Service Station Ocean Reef**<br>**35 Ocean Reef Drive**<br>**Ste 200**<br>**Key Largo, FL 33037**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$955.76** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Shell**<br>**P.O. Box 78012**<br>**Phoenix, AZ 85062**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,640.25** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Synovus Bank**<br>**P.O. Box 2181**<br>**Columbus, GA 31902**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Credit Card<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$11,939.15** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**TerraNovaNet**<br>**PO Box 3031**<br>**Key Largo, FL 33037**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$120.00** |

| Debtor | Going Ventures, LLC d/b/a Going Aire, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.52** | Nonpriority creditor's name and mailing address

**The Commonwealth Group**
300 Water Street
Suite 300
Wilmington, DE 19801

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$21,579.93**

---

**3.53** | Nonpriority creditor's name and mailing address

**The Islander Painting Company**
7 Barracuda Lane
Key Largo, FL 33037

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$960.00**

---

**3.54** | Nonpriority creditor's name and mailing address

**Thomas Copeland**
12 Gravik Dr
Key Largo, FL 33037

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.55** | Nonpriority creditor's name and mailing address

**Three Amigos Plumbing of Monroe, Inc.**
26005 S.W. 212th Ave
Homestead, FL 33031

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$495.00**

---

**3.56** | Nonpriority creditor's name and mailing address

**Trane Parts Center**
PO Box 406469
Atlanta, GA 30384-6469

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$34,690.04**

---

**3.57** | Nonpriority creditor's name and mailing address

**Tropic Supply,Inc.**
1001 Sawgrass Corporate Parkway
Sunrise, FL 33323

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,321.09**

---

**3.58** | Nonpriority creditor's name and mailing address

**VERIZON WIRELESS**
PO BOX 660108
Dallas, TX 75266

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$932.03**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Going Ventures, LLC d/b/a Going Aire, LLC**      Case number (if known) _____

       Name

| | |
|---|---|
| **3.59**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** Check all that apply.     **$446.80** |

     **Yellow Pages**
     **P.O. Box 5010**
     **Carol Stream, IL 60179-5010**

     ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

     **Date(s) debt was incurred** _

     **Last 4 digits of account number** _

     **Basis for the claim:** _

     Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| **3.60**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** Check all that apply.     **$202.00** |

     **Zephyrhills Direct**
     **P.O. Box 856680**
     **Louisville, KY 40285-6680**

     ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

     **Date(s) debt was incurred** _

     **Last 4 digits of account number** _

     **Basis for the claim:** _

     Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 328,476.60 |
| **5c. Total of Parts 1 and 2** <br>     Lines 5a + 5b = 5c. | 5c. | $ | 328,476.60 |

**Fill in this information to identify the case:**

Debtor name **Going Ventures, LLC d/b/a Going Aire, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest — **Rent on business premises** | |
| State the term remaining | **The Commonwealth Group**<br>**300 Water Street**<br>**Suite 300**<br>**Wilmington, DE 19801** |
| List the contract number of any government contract _____ | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Going Ventures, LLC d/b/a Going Aire, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Brad Copeland** | 5 Barracuda Lane<br>Key Largo, FL 33037 | **OnDeck Capital** | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Brad Copeland** | 5 Barracuda Lane<br>Key Largo, FL 33037 | **1st Merchant Funding, LLC** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Brad Copeland** | 5 Barracuda Lane<br>Key Largo, FL 33037 | **Mantis Funding, LLC** | ■ D ___**2.3**___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Brad Copeland** | 5 Barracuda Lane<br>Key Largo, FL 33037 | **Max Advance** | ■ D ___**2.4**___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Brad Copeland** | 5 Barracuda Lane<br>Key Largo, FL 33037 | **Merchant Funding Services, LLC** | ■ D ___**2.5**___<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Going Ventures, LLC d/b/a Going Aire, LLC**                    Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

2.6    **Brad Copeland**        **5 Barracuda Lane**                    **The Commonwealth**        ☐ D _____
                              **Key Largo, FL 33037**                  **Group**                  ☐ E/F _____
                                                                                                  ■ G    **2.1**

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Going Ventures, LLC d/b/a Going Aire, LLC** |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known)    _____ |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |
   | **For year before that:** From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | **$-5,823.00** |
   | **For the fiscal year:** From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other  _____ | **$7,570.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- |
   | | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   | --- | --- | --- | --- |
   | | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Going Ventures, LLC d/b/a Going Aire, LLC**                          Case number *(if known)* _____

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **Merchant Funding Services,LLC v. Going Ventures,LLC d/b/a Going-Aire, d/b/a Going Marine and Carl B. Copeland Index No EF001158-2017** | | **Supreme Court of the State of New York County of Orange** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor   **Going Ventures, LLC d/b/a Going Aire, LLC**                          Case number *(if known)* _____

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | David R. Softness, P.A.<br>201 South Biscayne Boulevard<br>Suite 2740<br>Miami, FL 33131 | | March 1, 2017 | $10,000.00 |
| | **Email or website address**<br>david@softnesslaw.com | | | |
| | **Who made the payment, if not debtor?**<br>Darryl Copeland | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    __Going Ventures, LLC d/b/a Going Aire, LLC_____    Case number *(if known)* _____

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | Going Ventures, LLC d/b/a Going Aire, LLC | Case number *(if known)* | |

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

---

<div style="background:black;color:white">**Part 11:**</div> **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

<div style="background:black;color:white">**Part 12:**</div> **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

---

<div style="background:black;color:white">**Part 13:**</div> **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Going Ventures, LLC d/b/a Going Aire, LLC**            Case number *(if known)* _____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Eagle Point Accounting &  Tax  Inc.** <br> **155 Westbridge Pkwy** <br> **Suite 108** <br> **McDonough, GA 30253** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brad Copeland** | **5 Barracuda Lane** <br> **Key Largo, FL 33037** | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

---

Debtor    **Going Ventures, LLC d/b/a Going Aire, LLC**                    Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**March  7, 2017**___

**/s/ Carl Bradley Copeland**                        **Carl Bradley Copeland**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re    **Going Ventures, LLC d/b/a Going Aire, LLC**        Case No. _____
                                            Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Carl Brad Copeland**<br>**5 Barracuda Lane**<br>**Key Largo, FL 33037** | **Membership** | **99%** | |
| **Darryl Copeland** | **Membership** | **1%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **March  7, 2017**                 Signature   **/s/ Carl Bradley Copeland**
                                                                **Carl Bradley Copeland**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re   **Going Ventures, LLC d/b/a Going Aire, LLC**      Case No.
                                      Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March  7, 2017**                 **/s/ Carl Bradley Copeland**
                                            **Carl Bradley Copeland**/**Manager**
                                            Signer/Title

OnDeck Capital
1400 Broadway
25TH Floor
New York, NY 10018


1st Merchant Funding, LLC
12000 Biscayne Blvd
Suite 609
Miami, FL 33181


A & R Supply, LLC
2650 NW 89 CT.
Doral, FL 33171


AFLAC
1932 Wynnton Road
Columbus, GA 31999


AquaCal
2737 24th Street North
ST. Petersburg, FL 33713-4045


Baker Distributing Company
P.O. Box 409635
Atlanta, GA 30384-9635


Bayshore Equipment
1800 NW 93rd Ave.
Miami, FL 33172


Blue Cross Blue Shield
PO Box 740559
Atlanta, GA 30374-0559


Bouche Appliances
8822 SW 131 Street
Miami, FL 33176


Brad Copeland
5 Barracuda Lane
Key Largo, FL 33037


Brad Copeland
5 Barracuda Lane
Key Largo, FL 33037

Brad Copeland
5 Barracuda Lane
Key Largo, FL 33037


Brad Copeland
5 Barracuda Lane
Key Largo, FL 33037


Brad Copeland
5 Barracuda Lane
Key Largo, FL 33037


Brad Copeland
5 Barracuda Lane
Key Largo, FL 33037


Bridgefield Employer's Insurance Company
PO Box 32034
Lakeland, FL 33802


Car Max
P. O. Box 3174
Milwaukee, WI 53201-3174


Card Sound Golf Shop
100 Country Club Road
Key Largo, FL 33037


Carrier Sales & Distribution
29704 Network Place
Chicago, IL 60673-1297


Center Meeting Associates
300 Water Street
Suite 300
Wilmington, DE 19801


Central Listing Service at Ocean Reef
31 Ocean Reef Drive Suite C101-#305
Key Largo, FL 33037


Chamber of Commerce
35 Ocean Reef Drive, Suite 142
Key Largo, FL 33037

```
Cintas
1111 NW 209th Avenue
Pe,broke Pines, FL 33029


Comcast
PO Box 530098
Atlanta, GA 30353-0098


Comcast Business
PO Box 37601
Philadelphia, PA 19101-0601


Cultural Center *
200 Anchor Drive
Key Largo, FL 33037


Danise D Henriquez CFC
P O Box 1129
Key West, FL 33041-1129


Darryl Copeland
22 Harbor Island Drive
Key Largo, FL 33037


Dennis  Brozak
3655 Beneva Oaks Drive
Sarasota, FL 34238


Doug Kinney
941 Melvin Road
Annapolis, MD 21403


Eagle Point Accounting & Tax
810 Jackson Street
Locust Grove, GA 30248


Economic Motors
4075 NW 79 Ave
Miami, FL 33166-6519


Empire
P.O. Box 603354
Cahrlotte, NC 28260-3354
```

Florida Department of Transportation
PO Box 880089
Boca Raton, FL 33488-0890


Florida Keys Board of Realtors, Inc.
92410 Overseas Hwy Suite 11
Tavernier, FL 33070


Florida Keys Electric Co-Op
PO Box 377
Tavernier, FL 33070-0377


Grainger
Dept. 806153086
P.O. Box 419267
Kansas City, MO 64141-6267


Hitachi Capital America Corp.
800 Connecticut Avenue
Norwalk, CT 06854


Home Maintenance Services
1248 North Fieldlark Lane
Homestead, FL 33035


Humana
P.O. Box 3024
Milwaukee, WI 53201-3024


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326


Johnstone Supply
P.O. Box 693634
Miami, FL 33269


Kenneth McNeese
1913 Kimbark Drive
Nashville, TN 37215


Key Largo Chamber of Commerce
106000 Overseas Hwy
Key Largo, FL 33037

Keys Business Solutions South LLC
PO Box 2403
Key West, FL 33045


Larry Brady
1242 North Lake Shore Dr #26
Chicago, IL 60610


Linda Mueller
8049 Brill Rd
Cincinnati, OH 45243


Mantis Funding, LLC
64 Beaver Street
Suite 344
New York, NY 10004


Marcone 133518
PO Box #790120
St. Louis, MO 63179


Max Advance
4208 18th Ave
Brooklyn, NY 11218


MCA Recovery LLC
17 State Street
Suite 4000
New York, NY 10004


Merchant Funding Services, LLC
1 Evertrust Plaza
14th Floor
Jersey City, NJ 07302


Merchant Funding Services, LLC
30 Broad Street
 14th Floor,Suite 14108
New York, NY 10004


Nationwide
P.O. Box 37712
Philadelphia, PA 19101-5012

```
Ocean Reef Club-Comm. Trash
24 Dockside Lane PMB 433
Key Lago, FL 33037


Ocean Reef Landings Property Owners
1 Barracuda Lane
N Key Largo, FL 33037


Ocean Reef Press
35 Ocean Reef Drive, Suite 200
Key Largo, FL 33037


ORCA
24 Dockside Lane #505
Key Largo, FL 33037


Pak Mail Services
24 Dockside Lane
Key Largo, FL 33037


Quill
P. O. Box 37600
Philadelphia, PA 19101


Renata Bukhman, Esq
17 State Street
Suite 4000
New York, NY 10004


Russell  Post
35 Ocean Reef Drive
Suite 120
Key Largo, FL 33037


Service Station Ocean Reef
35 Ocean Reef Drive
Ste 200
Key Largo, FL 33037


Shell
P.O. Box 78012
Phoenix, AZ 85062
```

Synovus Bank
P.O. Box 2181
Columbus, GA 31902


TerraNovaNet
PO Box 3031
Key Largo, FL 33037


The Commonwealth Group
300 Water Street
Suite 300
Wilmington, DE 19801


The Commonwealth Group
300 Water Street
Suite 300
Wilmington, DE 19801


The Islander Painting Company
7 Barracuda Lane
Key Largo, FL 33037


Thomas Copeland
12 Gravik Dr
Key Largo, FL 33037


Three Amigos Plumbing of Monroe, Inc.
26005 S.W. 212th Ave
Homestead, FL 33031


Trane Parts Center
PO Box 406469
Atlanta, GA 30384-6469


Tropic Supply,Inc.
1001 Sawgrass Corporate Parkway
Sunrise, FL 33323


VERIZON WIRELESS
PO BOX 660108
Dallas, TX 75266


Yellow Pages
P.O. Box 5010
Carol Stream, IL 60179-5010

```
Zephyrhills Direct
P.O. Box 856680
Louisville, KY 40285-6680
```